**Fill in this information to identify your case:**

Debtor 1    Terry  Lee
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Southern District of Texas

Case number    19-36871-H5-7
(If known)

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*............................................ | $601,878.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*................................. | $483,247.06 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*........................................... | $1,085,125.06 |

### Part 2:    Summarize Your Liabilities

|  | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*............ | $0.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*........................................... | $14,322.53 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.................................... | + $1,598,002.77 |
| **Your total liabilities** | $1,612,325.30 |

### Part 3:    Summarize Your Income and Expenses

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* ..................................................... | $7,966.03 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ............................................................... | $7,800.00 |

| Debtor 1 | Terry  Lee | | | Case number *(if known)* | 19-36871-H5-7 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 14,322.53 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 14,322.53 |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Terry  Lee | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Southern District of Texas

Case number    19-36871-H5-7

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.**  508 W. 30th Street
Street address, if available, or other description

Houston          TX      77018
City                State    ZIP Code

Harris County
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**
Paid for

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**   **Current value of the portion you own?**
$ 601,878.00        $ 601,878.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
Other

☑ Check if this is community property

If you own or have more than one, list here:

**1.2.**  _____
Street address, if available, or other description

_____

City                State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   **Current value of the portion you own?**
$ _____        $ _____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

_____

☐ Check if this is community property
(see instructions)

1. ____

_____
Street address, if available, or other description

_____

_____
City                          State      ZIP Code

_____
County

**What is the property?** Check all that apply.

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

$_____        $_____

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** …………………………………………… ➔     $ 601,878.00

---

**Part 2:    Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1. Make: Subaru
Model: Outback
Year: 2015
Approximate mileage: 50,000
Other information:
Condition: Fair; Wife's Car with Title in Her Name Only - Paid for

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

$ 14,176.00        $ 14,176.00

If you own or have more than one, describe here:

3.2. Make: Subaru
Model: Outback
Year: 2011
Approximate mileage: 123,000
Other information:
Condition: Fair; Paid for

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

$ 5,996.00        $ 5,996.00

_____   Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

$ _____        $ _____

_____   Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

$ _____        $ _____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

4.1.   Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

$ _____        $ _____

If you own or have more than one, list here:

4.2.   Make: _____

Model: _____

Year: _____

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**        **Current value of the portion you own?**

$ _____        $ _____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ⋯⋯⋯⋯⋯⋯⋯⋯➔   $ 20,172.00

**Part 3:**    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?

Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe.........

Yard Tools: $100.00, Lawnmower: $500.00, Mechanic Tools: $2,500.00, Carpenter Tools: $2,500.00, Lamps & Accessories: $5,000.00, Dressers/Nightstands: $5,000.00, Bedroom Furniture: $2,500.00, Kitchen Table & Chairs: $500.00, Dining Room Furniture: $5,000.00, Living Room Furniture: $2,500.00, Cookware: $500.00, Silverware: $500.00, Cooking Utensils: $100.00, Microwave: $500.00, Washer & Dryer: $500.00, Refrigerator: $500.00, Stove: $1,000.00

$ 29,700.00

7. **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe.........

Cell Phones: $1,000.00, Other Computer Equipment: $2,000.00, Printer: $1,000.00, Computer(s): $2,000.00, Stereo Equipment: $1,000.00, DVD Player: $1,000.00, TVs: $1,000.00

$ 9,000.00

8. **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe.........

$ 0.00

9. **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe.........

$ 0.00

10. **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe.........

$ 0.00

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe.........

Clothing & Shoes

$ 1,000.00

12. **Jewelry**

Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe.........

Wedding Rings, Other Jewelry & Watches

$ 10,000.00

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe.........

$ 0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information..............

$ 0.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..............➔

$ 49,700.00

| **Part 4:** | **Describe Your Financial Assets** |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes...................................................................................................................................... Cash: ..................... $_____

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes.....................     Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | BB&T Bank, account no. ...9754 | $ 15,182.66 |
| 17.2. Checking account: | | $ |
| 17.3. Savings account: | | $ |
| 17.4. Savings account: | | $ |
| 17.5. Certificates of deposit: | | $ |
| 17.6. Other financial account: | | $ |
| 17.7. Other financial account: | | $ |
| 17.8. Other financial account: | | $ |
| 17.9. Other financial account: | | $ |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes.................
Institution or issuer name:

| | |
|---|---|
| E*Trade, account no. ...7013 (LLC S Corporation) | $ 136.65 |
| Fidelity Investments, account no. ...6274 | $ 136.29 |
| Fidelity Investments, account no. ...0573 (Funds belong to Debtor's Mother and he is holding for her benefit) | $ 14,853.08 |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them. ......................

| Name of entity: | % of ownership: | |
|---|---|---|
| Carebridge Digital, LLC | 100% | $ Unknown |
| T-Rex Investments, LLC (Owns Property in California) | 100% | $ 85,000.00 |
| Texas Alliance Surgical Center Katy, LLC | 100% | $ Unknown |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
   information about
   them. .....................
   Issuer name:

| | $_____ |
| --- | --- |
| | $_____ |
| | $_____ |

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each
   account separately.     Institution name:
   Type of account:

| 401(k) or similar plan: | | $_____ |
| --- | --- | --- |
| Pension plan: | | $_____ |
| IRA: | E*Trade, account no. ...7350 (SEP IRA) | $285,898.01 |
| Retirement account: | | $_____ |
| Keogh: | | $_____ |
| Additional account: | E*Trade, account no. ...7060 (ROTH IRA) | $8,388.48 |
| Additional account: | E*Trade, account no. ...7097 (Traditional IRA) | $2,525.97 |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes..........................     Institution name or individual:

| Electric: | | $_____ |
| --- | --- | --- |
| Gas: | | $_____ |
| Heating oil: | | $_____ |
| Rental unit: | | $_____ |
| Prepaid rent: | | $_____ |
| Telephone: | | $_____ |
| Water: | | $_____ |
| Rented furniture: | | $_____ |
| Other: | | $_____ |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes...........................     Issuer name and description:

| | $_____ |
| --- | --- |
| | $_____ |
| | $_____ |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☒ No
☐ Yes .................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____     _____    $_____
_____    $_____
_____    $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☒ No
☐ Yes. Give specific information about them. ..

$0.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☒ No
☐ Yes. Give specific information about them. ..

$0.00

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☒ No
☐ Yes. Give specific information about them. ..

$0.00

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

Federal: $0.00
State: $0.00
Local: $0.00

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☒ No
☐ Yes. Give specific information. ............

Alimony: $0.00
Maintenance: $0.00
Support: $0.00
Divorce settlement: $0.00
Property settlement: $0.00

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☒ No
☐ Yes. Give specific information. ............

$0.00

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

- ☑ No
- ☐ Yes. Name the insurance company of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

- ☑ No
- ☐ Yes. Give specific information. ...........

$ 0.00

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

- ☑ No
- ☐ Yes. Describe each claim. .....................

$ 0.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

- ☑ No
- ☐ Yes. Describe each claim. ..................

$ 0.00

**35. Any financial assets you did not already list**

- ☑ No
- ☐ Yes. Give specific information. ............

$ 0.00

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** ...................................................................... ➔

$ 413,375.06

---

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

- ☑ No. Go to Part 6.
- ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

- ☐ No
- ☐ Yes. Describe.......

$ _____

**39. Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

- ☐ No
- ☐ Yes. Describe......

$ _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☐ Yes. Describe....... _____ $_____

41. **Inventory**

☐ No

☐ Yes. Describe....... _____ $_____

42. **Interests in partnerships or joint ventures**

☐ No

☐ Yes. Describe.......

Name of entity: % of ownership:

_____ _____% $_____

_____ _____% $_____

_____ _____% $_____

43. **Customer lists, mailing lists, or other compilations**

☐ No

☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

☐ No

☐ Yes. Describe......... _____ $_____

44. **Any business-related property you did not already list**

☐ No

☐ Yes. Give specific
information ......... _____ $_____

_____ $_____

_____ $_____

_____ $_____

_____ $_____

_____ $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here** .............................................................................................. ➜ $ 0.00

---

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes. Go to line 47.

**Current value of the
portion you own?**

Do not deduct secured claims
or exemptions.

47. **Farm animals**

*Examples*: Livestock, poultry, farm-raised fish

☐ No

☐ Yes......................... _____ $_____

48. **Crops—either growing or harvested**

☐ No
☐ Yes. Give specific
   information. ...........

$_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes...........................

$_____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes...........................

$_____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific
   information. ...........

$_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ................................................................➔

$ 0.00

---

**Part 7:     Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
   information. ...........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................➔

$ 0.00

---

**Part 8:     List the Totals of Each Part of this Form**

55. **Part 1: Total real estate, line 2** ........................................................................➔     $ 601,878.00

56. **Part 2: Total vehicles, line 5**          $ 20,172.00

57. **Part 3: Total personal and household items, line 15**     $ 49,700.00

58. **Part 4: Total financial assets, line 36**     $ 413,375.06

59. **Part 5: Total business-related property, line 45**     $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**     $ 0.00

61. **Part 7: Total other property not listed, line 54**     +$ 0.00

62. **Total personal property.** Add lines 56 through 61. ....................     $ 483,247.06      Copy personal property total ➔  +$ 483,247.06

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. ...............................................     $ 1,085,125.06

| Debtor 1 | Terry  Lee | | Case number *(if known)* 19-36871-H5-7 |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

### Continuation Sheet for Official Form 106A/B

**18) Bonds, mutual funds, or publicly traded stocks**

TD Ameritrade, account no. ...2125        1,163.38

E*Trade, account no. ...2322        90.54


**19) Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

Signature Smiles Katy, PLLC        100%%        Unknown

Texas Alliance Surgical Center, LLC dba Alliance Surgical Center Humble        51%%        Unknown

Signature Smiles Surgical Center, LLC dba Alliance Surgical Center, dba Alliance Surgical Center Garden Oaks & Heights Dental Surgery Center        67%%        Unknown

Signature Smiles Woodlands, PLLC dba Signature Smiles Woodlands        51%%        Unknown

Signature Smiles Humble, PLLC dba Signature Smiles Humble        100%%        Unknown

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks        100%%        Unknown

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Terry Lee | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Southern District of Texas

| Case number | 19-36871-H5-7 | |
| (If known) | | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt            4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:  508 W. 30th Street<br>Line from *Schedule A/B*:  1.1 | $ 601,878.00 | ☑ $ 601,878.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. 41.001, 41.002, 41.003, Tex. Const. Art. 16, § 50  Tex. Const. Art. 16, § 51 |
| Brief description:  2015 Subaru Outback<br>Line from *Schedule A/B*:  3.1 | $ 14,176.00 | ☑ $ 14,176.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(9) |
| Brief description:  2011 Subaru Outback<br>Line from *Schedule A/B*:  3.2 | $ 5,996.00 | ☑ $ 5,996.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(9) |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☑ No

   ☐ Yes

Debtor  **Terry  Lee**

First Name     Middle Name     Last Name

Case number *(if known)* 19-36871-H5-7

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: Household goods - Yard Tools: $100.00 <br> Line from *Schedule A/B*: 6 | $ 100.00 | ☑ $ 100.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Household goods - Lawnmower: $500.00 <br> Line from *Schedule A/B*: 6 | $ 500.00 | ☑ $ 500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Household goods - Mechanic Tools: $2,500.00 <br> Line from *Schedule A/B*: 6 | $ 2,500.00 | ☑ $ 2,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Household goods - Carpenter Tools: $2,500.00 <br> Line from *Schedule A/B*: 6 | $ 2,500.00 | ☑ $ 2,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Household goods - Lamps & Accessories: $5,000.00 <br> Line from *Schedule A/B*: 6 | $ 5,000.00 | ☑ $ 5,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Household goods - Dressers/Nightstands: $5,000.00 <br> Line from *Schedule A/B*: 6 | $ 5,000.00 | ☑ $ 5,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Household goods - Bedroom Furniture: $2,500.00 <br> Line from *Schedule A/B*: 6 | $ 2,500.00 | ☑ $ 2,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Household goods - Kitchen Table & Chairs: $500.00 <br> Line from *Schedule A/B*: 6 | $ 500.00 | ☑ $ 500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Household goods - Dining Room Furniture: $5,000.00 <br> Line from *Schedule A/B*: 6 | $ 5,000.00 | ☑ $ 5,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Household goods - Living Room Furniture: $2,500.00 <br> Line from *Schedule A/B*: 6 | $ 2,500.00 | ☑ $ 2,500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Household goods - Cookware: $500.00 <br> Line from *Schedule A/B*: 6 | $ 500.00 | ☑ $ 500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Household goods - Silverware: $500.00 <br> Line from *Schedule A/B*: 6 | $ 500.00 | ☑ $ 500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |

| Debtor | Terry   Lee | | Case number *(if known)* | 19-36871-H5-7 |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Household goods - Cooking Utensils: $100.00 Line from *Schedule A/B*: 6 | $ 100.00 | ☑ $ 100.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Household goods - Microwave: $500.00 Line from *Schedule A/B*: 6 | $ 500.00 | ☑ $ 500.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Household goods - Washer & Dryer: $500.00 Line from *Schedule A/B*: 6 | $ 500.00 | ☑ $ 500.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Household goods - Refrigerator: $500.00 Line from *Schedule A/B*: 6 | $ 500.00 | ☑ $ 500.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Household goods - Stove: $1,000.00 Line from *Schedule A/B*: 6 | $ 1,000.00 | ☑ $ 1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Electronics - Cell Phones: $1,000.00 Line from *Schedule A/B*: 7 | $ 1,000.00 | ☑ $ 1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Electronics - Other Computer Equipment: $2,000.00 Line from *Schedule A/B*: 7 | $ 2,000.00 | ☑ $ 2,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Electronics - Printer: $1,000.00 Line from *Schedule A/B*: 7 | $ 1,000.00 | ☑ $ 1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Electronics - Computer(s): $2,000.00 Line from *Schedule A/B*: 7 | $ 2,000.00 | ☑ $ 2,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Electronics - Stereo Equipment: $1,000.00 Line from *Schedule A/B*: 7 | $ 1,000.00 | ☑ $ 1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Electronics - DVD Player: $1,000.00 Line from *Schedule A/B*: 7 | $ 1,000.00 | ☑ $ 1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Electronics - TVs: $1,000.00 Line from *Schedule A/B*: 7 | $ 1,000.00 | ☑ $ 1,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |

Debtor    **Terry  Lee**
    First Name    Middle Name    Last Name

Case number *(if known)*   **19-36871-H5-7**

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
| --- | --- | --- | --- |
| **Brief description:** Clothing - Clothing & Shoes<br>**Line from** *Schedule A/B:* 11 | $ 1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(2),(5) |
| **Brief description:** Jewelry - Wedding Rings, Other Jewelry & Watches<br>**Line from** *Schedule A/B:* 12 | $ 10,000.00 | ☑ $ 10,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(6) |
| **Brief description:** E*Trade, account no. ...7350 (SEP IRA)<br>**Line from** *Schedule A/B:* 21 | $ 285,898.01 | ☑ $ 285,898.01<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.0021 |
| **Brief description:** E*Trade, account no. ...7060 (ROTH IRA)<br>**Line from** *Schedule A/B:* 21 | $ 8,388.48 | ☑ $ 8,388.48<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.0021 |
| **Brief description:** E*Trade, account no. ...7097 (Traditional IRA)<br>**Line from** *Schedule A/B:* 21 | $ 2,525.97 | ☑ $ 2,525.97<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.0021 |
| **Brief description:**<br>**Line from** *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:**<br>**Line from** *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:**<br>**Line from** *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:**<br>**Line from** *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:**<br>**Line from** *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:**<br>**Line from** *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| **Brief description:**<br>**Line from** *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Terry  Lee | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  Southern District of Texas

Case number    19-36871-H5-7
(If known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1.  **Do any creditors have claims secured by your property?**

☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|

**2.1**

Creditor's Name

Number        Street

City              State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**
Date debt was incurred _____

Describe the property that secures the claim:      $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____
Last 4 digits of account number

**2.2**

Creditor's Name

Number        Street

City              State    ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**
Date debt was incurred _____

Describe the property that secures the claim:      $_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____
Last 4 digits of account number

**Add the dollar value of your entries in Column A  on this page. Write that number here:**    $ 0.00

Debtor 1    Terry  Lee
        First Name    Middle Name    Last Name

Case number *(if known)*  19-36871-H5-7

**Part 2:**    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Name

Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number

---

Name

Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number

---

Name

Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number

---

Name

Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number

---

Name

Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number

---

Name

Street

City                          State        ZIP Code

On which line in Part 1 did you enter the creditor? _____

Last 4 digits of account number

---

**Fill in this information to identify your case:**

Debtor 1    Terry  Lee
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Southern District of Texas

Case number    19-36871-H5-7
(If known)

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**   Amanda Moon Lee
_____
Priority Creditor's Name
c/o Phillip G. Ghutzman
_____
Number      Street
440 Louisiana Street, Suite 1500
Houston                     TX      77002
City                        State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  Divorce

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of PRIORITY unsecured claim:**
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

$ Unknown   $ Unknown   $ Unknown

**2.2**   Texas Workforce Commission
_____
Priority Creditor's Name
c/o Office of the Attorney General
_____
Number      Street
P.O. Box 12548
Austin                      TX      78711-2548
City                        State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  0738

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

$ 3,611.09   $ 3,611.09   $ 0.00

Debtor 1    _____
            First Name    Middle Name    Last Name

Terry Lynn Hall

Case number *(if known)* _____

| **Part 1:** | **Your PRIORITY Unsecured Claims — Continuation Page** |

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | | | | |

---

**2.3**   Texas Workforce Commission

Last 4 digits of account number  8968

$ 2,584.96   $ 2,584.96   $ 0.00

Priority Creditor's Name
c/o Office of the Attorney General

**When was the debt incurred?**  _____

Number        Street
P.O. Box 12548

**As of the date you file, the claim is:** Check all that apply.

Austin                    TX      78711-2548
City                      State   ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

**Who incurred the debt?** Check one.

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.4**   Texas Workforce Commission

Last 4 digits of account number  0734-Carebridge

$ 8,126.48   $ 8,126.48   $ 0.00

Priority Creditor's Name
c/o Office of the Attorney General

**When was the debt incurred?**  _____

Number        Street
P.O. Box 12548

**As of the date you file, the claim is:** Check all that apply.

Austin                    TX      78711-2548
City                      State   ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

**Who incurred the debt?** Check one.

☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Last 4 digits of account number  _____

$ _____   $ _____   $ _____

Priority Creditor's Name

**When was the debt incurred?**  _____

Number        Street

**As of the date you file, the claim is:** Check all that apply.

City                      State   ZIP Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

**Who incurred the debt?** Check one.

☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor 1 ___Terry___Lee_____
         First Name   Middle Name   Last Name

Case number *(if known)* __19-36871-H3-7__

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.1** 3M Unitek

Nonpriority Creditor's Name

3724 South Peck Road
Number          Street

Monrovia                      CA      91016
City                          State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  3003/3002

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

$ 391.16

**4.2** 3M Unitek

Nonpriority Creditor's Name

3724 South Peck Road
Number          Street

Monrovia                      CA      91016
City                          State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  7330

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ 2,309.52

**4.3** ADA Members Insurance

Nonpriority Creditor's Name

Great West Financial
Number          Street
P.O. Box 710890

Denver                        CO      80271
City                          State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ 30.32

Debtor 1  Terry Lee
First Name        Middle Name        Last Name

Case number *(if known)* 19-36871-H5-7

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.4** ADP, LLC

Nonpriority Creditor's Name

P.O. Box 842875

Number        Street

Boston        MA    02284
City        State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  8786

When was the debt incurred?  _____

**Total claim**

$ 325.03

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.5** ADP, LLC

Nonpriority Creditor's Name

P.O. Box 842875

Number        Street

Boston        MA    02284
City        State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  3194/3456

When was the debt incurred?  _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

---

**4.6** Alert 360

Nonpriority Creditor's Name

P.O. BOX 21031

Number        Street

Tulsa        OK    74121
City        State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  1951

When was the debt incurred?  _____

$ 54.07

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

Debtor 1  Terry Lee Lynn _____
           First Name    Middle Name    Last Name

Case number *(if known)* 19-36871-H3-7

---

**Part 2:**   **List All of Your NONPRIORITY Unsecured Claims**

---

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.7**  Align Technology, Inc
_____
Nonpriority Creditor's Name

P.O. Box 742531
_____
Number      Street

Last 4 digits of account number  1729/5070

When was the debt incurred?  _____

$ 3,458.92

Los Angeles            CA      90074
_____
City                   State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.8**  American Association of Dental Ofc. Mgt.
_____
Nonpriority Creditor's Name

125 Half Mile Road, Suite 200
_____
Number      Street

Last 4 digits of account number  8481

When was the debt incurred?  _____

$ 169.00

Red Bank               NJ      07701
_____
City                   State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Surgical Center, LLC dba Alliance Surgical Center & dba Alliance Surgical Center Garden Oaks

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**4.9**  American Express
_____
Nonpriority Creditor's Name

P.O. Box 650448
_____
Number      Street

Last 4 digits of account number

When was the debt incurred?  _____

$ 5,600.64

Dallas                 TX      75265
_____
City                   State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt - Credit Card

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor 1 _____Terry___Lee_____
        First Name     Middle Name     Last Name

Case number *(if known)* __19-36871-H5-7__

---

**Part 2:**   **List All of Your NONPRIORITY Unsecured Claims**

---

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☐ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.10**  American Orthodontics Corporation*

Nonpriority Creditor's Name

P.O. Box 109

Number          Street

Milwaukee                    WI        53278
City                                State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **0582/0585**

**When was the debt incurred?**  _____

$ Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

---

**4.11**  American Orthodontics Corporation*

Nonpriority Creditor's Name

P.O. Box 109

Number          Street

Milwaukee                    WI        53278
City                                State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  **0592**

**When was the debt incurred?**  _____

$ 957.04

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.12**  Annavy Nguyen

Nonpriority Creditor's Name

511 Allston Street, #1313

Number          Street

Houston                      TX        77007
City                                State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  _____

**When was the debt incurred?**  _____

$ Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Alliance Surgical Center Garden

---

Debtor 1  Terry Lee
First Name      Middle Name      Last Name

Case number *(if known)* 19-36871-H5-7

---

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | Total claim |
|---|---|

**4.13**   AppRiver
Nonpriority Creditor's Name

P.O. Box 3547
Number      Street

Houston                    TX      77253
City                       State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** _____

$ 894.32

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

---

**4.14**   Araceli Lopez
Nonpriority Creditor's Name

15218 La Mancha Drive
Number      Street

Houston                    TX      77083
City                       State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** _____

$ 326.82

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.15**   Barrett Margin
Nonpriority Creditor's Name

24719 Royal Pike Drive
Number      Street

Katy                       TX      77493
City                       State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt

---

Debtor 1 ___Terry___Lee_____
First Name    Middle Name    Last Name

Case number *(if known)* __19-36871-H5-7__

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

**4.16** BeaconMedaes
Nonpriority Creditor's Name

P.O. Box 123234, Dept. 3234
Number     Street

Dallas                    TX    75312
City                      State  ZIP Code

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 3,964.95

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Business Debt of Texas Alliance Surgical Center, LLC dba Alliance Surgical Center Humble

---

**4.17** Blue Cross Blue Shield of Texas
Nonpriority Creditor's Name

P.O. Box 731428
Number     Street

Dallas                    TX    75373
City                      State  ZIP Code

**Last 4 digits of account number** 9300

**When was the debt incurred?** _____

$ Unknown

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.18** Brasseler USA
Nonpriority Creditor's Name

One Brasseler Boulevard
Number     Street

Savannah                  GA    31419
City                      State  ZIP Code

**Last 4 digits of account number** 1872

**When was the debt incurred?** _____

$ 507.81

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1 ___Terry Lee___ ___ ___ ___
First Name     Middle Name     Last Name

Case number *(if known)* ___19-36870-H5-7___

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | **Total claim** |

### 4.19   Brasseler USA

Nonpriority Creditor's Name

One Brasseler Boulevard

Number          Street

Savannah                     GA        31419
City                              State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   6943/9046

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Surgical Center, LLC dba Alliance Surgical Center & dba Alliance Surgical Center Garden Oaks

### 4.20   Brasseler USA

Nonpriority Creditor's Name

One Brasseler Boulevard

Number          Street

Savannah                     GA        31419
City                              State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   2386

**When was the debt incurred?** _____

$ 441.73

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

### 4.21   Capital One

Nonpriority Creditor's Name

P.O. Box 60599

Number          Street

City Of Industry              CA        91716
City                              State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   ____

**When was the debt incurred?** _____

$ 67,084.16

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt - Credit Card

Debtor 1    Terry Lee
First Name    Middle Name    Last Name

Case number (if known)    19-36871-H5-7

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.22**    **Cardinal Health**

Nonpriority Creditor's Name

c/o Bank of America Lockbox

Number         Street
5303 Collections Center Drive

Chicago                    IL        60693
City                       State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6908

When was the debt incurred? _____

**Total claim**

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.23**    **Care Credit**

Nonpriority Creditor's Name

c/o Kenya Leal

Number         Street
P.O. Box 960061

Orlando                    FL        32896-0061
City                       State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

When was the debt incurred? _____

$ 410.90

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

---

**4.24**    **Carestream Dental, LLC**

Nonpriority Creditor's Name

3625 Cumberland Blvd., Suite 700

Number         Street

Atlanta                    GA        30339
City                       State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  7541

When was the debt incurred? _____

$ 53.68

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

Debtor 1 ___Terry___Cash_____  Case number *(if known)* __19-36871-H5-7__
First Name   Middle Name   Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.25** | **Total claim**

Carestream Dental, LLC
Nonpriority Creditor's Name

3625 Cumberland Blvd., Suite 700
Number     Street

Atlanta                          GA        30339
City                             State     ZIP Code

Last 4 digits of account number  **8328**

When was the debt incurred?  _____

$ 58.46

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

---

**4.26**

CenterPoint Energy
Nonpriority Creditor's Name

P.O. Box 4981
Number     Street

Houston                          TX        77210
City                             State     ZIP Code

Last 4 digits of account number  **3321**

When was the debt incurred?  _____

$ Unknown

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Surgical Center, LLC dba Alliance Surgical Center & dba Alliance Surgical Center Garden Oaks

---

**4.27**

CenterPoint Energy
Nonpriority Creditor's Name

P.O. Box 4981
Number     Street

Houston                          TX        77210
City                             State     ZIP Code

Last 4 digits of account number  **7780**

When was the debt incurred?  _____

$ 27.86

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

---

Debtor 1  Terry Lee

First Name   Middle Name   Last Name

Case number *(if known)* 19-36871-H5-7

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.28** CenterPoint Energy

Nonpriority Creditor's Name

P.O. Box 4981

Number     Street

Houston                     TX     77210

City                     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 72.70

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

**4.29** Centric Technology Services

Nonpriority Creditor's Name

8419-B Louetta Road

Number     Street

Spring                     TX     77379

City                     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

**4.30** Chase

Nonpriority Creditor's Name

P.O. Box 78039

Number     Street

Phoenix                     AZ     85062-8039

City                     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number 6001

When was the debt incurred? 2017

$ Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt - Loan

Debtor 1  Terry Cash

First Name   Middle Name   Last Name

Case number *(if known)* 19-36871-H5-7

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

**4.31**   Chase

Nonpriority Creditor's Name

P.O. Box 78039

Number   Street

Phoenix                AZ     85062-8039
City                  State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0001

**When was the debt incurred?**  2017

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt - Loan

$ Unknown

---

**4.32**   Chase

Nonpriority Creditor's Name

P.O. Box 78039

Number   Street

Phoenix                AZ     85062-8039
City                  State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  3001

**When was the debt incurred?**  2017

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt - Loan

$ Unknown

---

**4.33**   Chase

Nonpriority Creditor's Name

P.O. Box 78039

Number   Street

Phoenix                AZ     85062-8039
City                  State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  4001

**When was the debt incurred?**  2017

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt - Loan

$ Unknown

---

Debtor 1   Terry Lee
First Name   Middle Name   Last Name

Case number *(if known)* 19-36871-H57

---

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.34**   Christopher Allison
Nonpriority Creditor's Name

1300 E James Street, Apt. 1
Number        Street

Baytown                    TX      77520
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

$ Unknown

---

**4.35**   Cigna Accent
Nonpriority Creditor's Name

P.O. Box 952366
Number        Street

Saint Louis                MO      63195-2366
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number 9059

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ Unknown

---

**4.36**   City of Houston
Nonpriority Creditor's Name

P.O. Box 203887
Number        Street

Houston                    TX      77216
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number 3056

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ 265.00

---

Debtor 1  Terry ___  Lee ___  ___
    First Name    Middle Name    Last Name

Case number *(if known)* 19-36871-H5-7

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

                                                                         **Total claim**

**4.37**  Claims Recovery

Nonpriority Creditor's Name

231 East Avenue

Number    Street

Albion               NY    14411

City                State    ZIP Code

Last 4 digits of account number _____

When was the debt incurred? _____

$ Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.38**  CMV Fresh Solutions, Inc.

Nonpriority Creditor's Name

4915 Steffani Lane

Number    Street

Houston            TX    77041-7817

City               State    ZIP Code

Last 4 digits of account number _____

When was the debt incurred? _____

$ Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.39**  Comcast

Nonpriority Creditor's Name

P.O. Box 3002

Number    Street

Southeastern        PA    19398

City               State    ZIP Code

Last 4 digits of account number _____

When was the debt incurred? _____

$ 1,379.93

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

---

Official Form 106E/F         **Schedule E/F: Creditors Who Have Unsecured Claims**        

Debtor 1    Terry    Lee

First Name    Middle Name    Last Name    Case number *(if known)*

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.40**    Comcast

Nonpriority Creditor's Name

P.O. Box 3002

Number        Street

Southeastern            PA        19398

City            State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

$ 355.04

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

---

**4.41**    Comcast Business

Nonpriority Creditor's Name

9602 S 300 W. Suite B

Number        Street

Sandy                UT        84070

City            State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

When was the debt incurred? _____

$ 1,419.92

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

---

**4.42**    Comcast Business

Nonpriority Creditor's Name

9602 S 300 W. Suite B

Number        Street

Sandy                UT        84070

City            State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number 5323

When was the debt incurred? _____

$ 956.24

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Debtor 1 ___Terry___Lee_____  Case number *(if known)* __19-36871-H5-7__
First Name    Middle Name    Last Name

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

### 4.43   Compliance Assurance

Nonpriority Creditor's Name

682 Orvil Smith Road
Number      Street

Harvest                        AL        35749
City                           State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ Unknown

### 4.44   Compounding Shop Pharmacy

Nonpriority Creditor's Name

11845 Wilcrest Drive
Number      Street

Houston                        TX        77031
City                           State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 0408/0400/0405

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ 910.00

### 4.45   Coverall

Nonpriority Creditor's Name

2955 Momentum Place
Number      Street

Chicago                        IL        60689
City                           State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 9676

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ 6,982.14

Debtor 1  Terry Lee

First Name   Middle Name   Last Name

Case number *(if known)* 19-36871-H5-7

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |

**4.46**  **Data Shredding Services**

Nonpriority Creditor's Name

615 West 38th Street

Number      Street

Houston                TX      77018

City                   State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  3713

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.47**  **De Lage Landen Financial Services, Inc.**

Nonpriority Creditor's Name

P.O. Box 14535

Number      Street

Des Moines             IA      50306

City                   State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6161

**When was the debt incurred?** _____

$ 144.96

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.48**  **Dell Financial Services**

Nonpriority Creditor's Name

P.O. Box 5275

Number      Street

Carol Stream           IL      60197

City                   State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?** _____

$ 994.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1 ___Terry___Lee_____   Case number *(if known)* ___19-36871-H5-7___
             First Name    Middle Name    Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.49**

Delta Dental of New Jersey, Inc.
Nonpriority Creditor's Name

1639 Route 10
Number         Street

Parsippany              NJ      07054
City                    State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Total claim**

Last 4 digits of account number ____   $ Unknown

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.50**

Denovo Dental
Nonpriority Creditor's Name

P.O. Box 548
Number         Street

5130 Commerce Drive

Baldwin Park            CA      91706
City                    State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number E770/C770/M773   $ Unknown

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.51**

Dental Accounts at Ease
Nonpriority Creditor's Name

4195 S Grand Canyon Drive, Suite 106
Number         Street

Las Vegas               NV      89147
City                    State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ____   $ 4,221.97

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

---

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1 ___Terry___Lee_____  Case number _(if known)_ __19-36871-H5-7__
         First Name    Middle Name    Last Name

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.52** | **Dental Accounts at Ease**

**Total claim**

Nonpriority Creditor's Name

4195 S Grand Canyon Drive, Suite 106

Number       Street

Last 4 digits of account number ____

When was the debt incurred? _____

$ 6,590.97

Las Vegas                    NV      89147
City                         State   ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.53** | **Dental Assistance**

Nonpriority Creditor's Name

7500 San Felipe Street, Suite. 600

Number       Street

Last 4 digits of account number ____

When was the debt incurred? _____

$ Unknown

Houston                      TX      77063
City                         State   ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.54** | **Dental Compliance Specialists**

Nonpriority Creditor's Name

235 NE Loop 820, Suite 203

Number       Street

Last 4 digits of account number ____

When was the debt incurred? _____

$ 360.00

Hurst                        TX      76053
City                         State   ZIP Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

Debtor 1    Terry Lee                                                              Case number *(if known)* 19-36871-H5-7
           First Name    Middle Name    Last Name

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|   |   | Total claim |
|---|---|---|

**4.55**  Dental Health Products, Inc.

Nonpriority Creditor's Name

P.O. Box 8465

Number        Street

Carol Stream            IL       60197

City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  2604/2788          $ 164.01

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

---

**4.56**  Dental Health Products, Inc.

Nonpriority Creditor's Name

P.O. Box 8465

Number        Street

Carol Stream            IL       60197

City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  8587/2606          $ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.57**  Dental Systems, Inc.

Nonpriority Creditor's Name

P.O. Box 7331

Number        Street

Baytown                 TX       77522

City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number               $ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

Debtor 1 ___Terry___Lee_____  Case number *(if known)* __19-36871-H5-7__
First Name    Middle Name    Last Name

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

**4.58**  Dentsply Implants
Nonpriority Creditor's Name
P.O. Box 536935
Number     Street

Atlanta                     GA      30353
City                        State   ZIP Code

Last 4 digits of account number  4006/0340/9849
When was the debt incurred?  _____

$ Unknown

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.59**  Dentsply Implants
Nonpriority Creditor's Name
P.O. Box 536935
Number     Street

Atlanta                     GA      30353
City                        State   ZIP Code

Last 4 digits of account number  7818
When was the debt incurred?  _____

$ 2,442.86

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.60**  Direct Energy Business
Nonpriority Creditor's Name
P.O. Box 660749
Number     Street

Dallas                      TX      75266
City                        State   ZIP Code

Last 4 digits of account number  0810/0809
When was the debt incurred?  _____

$ 6.65

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Debtor 1 ___Terry___ ___Lee___ ___Cade___    Case number *(if known)* ___19-36871-h5-7___
        First Name   Middle Name   Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.61** Dr. Brian Stanworth/Brian Stanworth, DDS, PLLC
Nonpriority Creditor's Name

c/o Sean B. Davis
Number      Street

600 Travis Street, Suite 5200

Houston                    TX      77002
City                       State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** _____

$ <u>Unknown</u>

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt - Business Partner of Debtor  on 3 Locations

---

**4.62** Dr. Dan V. Nguyen
Nonpriority Creditor's Name

4507 Holt Street
Number      Street

Bellaire                   TX      77401
City                       State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** _____

$ <u>Unknown</u>

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt - Debtor's Business Partner on Carebridge Digital, LLC

---

**4.63** Dr. Darius Smith
Nonpriority Creditor's Name

1710 W TC Jester Blvd., Apt. 1304
Number      Street

Houston                    TX      77008
City                       State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** _____

$ <u>17,972.88</u>

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Surgical Center, LLC dba Alliance Surgical Center & dba Alliance Surgical Center Garden Oaks

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1 ___Terry___Cluse_____    Case number (if known) ___19-36871-H5-7___

First Name    Middle Name    Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.64** Dr. David Cho

Nonpriority Creditor's Name

2300 McCue Road, Apt. 230

Number    Street

Houston                          TX    77056

City                          State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 4,819.26

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Garden Oaks & Signature Smiles Humble

---

**4.65** Dr. Derek Liang

Nonpriority Creditor's Name

5716 Bellaire Blvd., Suite B

Number    Street

Houston                          TX    77081

City                          State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

---

**4.66** Dr. Gary Gardner

Nonpriority Creditor's Name

2613 Cartington Court

Number    Street

College Station                TX    77845

City                          State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

---

Debtor 1  Terry  Cobb                                                   Case number *(if known)* 19-36871-H5-7
          First Name    Middle Name    Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.67** Dr. Gregory Poindexter/
Nonpriority Creditor's Name

Herodontics Pediatric Dentistry, PLLC
Number        Street

2736 Miranda Drive

Murfreesboro                TN        37128
City                        State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ Unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt

**4.68** Dr. Josh Lee
Nonpriority Creditor's Name

P.O. Box 6983
Number        Street

Houston                     TX        77265
City                        State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 8,600.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

**4.69** Dr. Katelynn Le
Nonpriority Creditor's Name

6917 Juliette Springs Lane
Number        Street

Sugar Land                  TX        77479
City                        State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 1,865.44

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt of Signature Smiles Garden Oaks & Alliance Surgical Center Garden Oaks

Debtor 1 ___Terry___ __Yeh__ _____  
First Name    Middle Name    Last Name

Case number *(if known)* __19-36871-H5-7__

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.  
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.70** Dr. Kathy & Dan Nguyen/Centra1Dental, P.A.  
Nonpriority Creditor's Name  
c/o David Tang  
Number        Street  
6711 Stella Link, #343  

West University Place          TX      77005  
City                          State    ZIP Code

**Who incurred the debt?** Check one.  
☐ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☑ At least one of the debtors and another  

☐ Check if this claim is for a community debt  

**Is the claim subject to offset?**  
☑ No  
☐ Yes

Last 4 digits of account number ____  
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☑ Disputed  

**Type of NONPRIORITY unsecured claim:**  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☑ Other. Specify  Business Debt - Lawsuit

$ 913,500.00

---

**4.71** Dr. Kevin Yeh  
Nonpriority Creditor's Name  
c/o Joan Kehlof  
Number        Street  
720 N Post Oak Road, Suite 610  
Houston              TX      77024  
City                State    ZIP Code

**Who incurred the debt?** Check one.  
☐ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☑ At least one of the debtors and another  

☐ Check if this claim is for a community debt  

**Is the claim subject to offset?**  
☑ No  
☐ Yes

Last 4 digits of account number ____  
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Type of NONPRIORITY unsecured claim:**  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☑ Other. Specify  Business Debt - Debtor's Business Partner on Signature Smiles Surgical Center, LLC dba Alliance Surgical Center & dba Alliance Surgical Center Garden Oaks

$ Unknown

---

**4.72** Dr. Mandy Wilkinson  
Nonpriority Creditor's Name  
12306 Lanny Lane  
Number        Street  

Houston              TX      77077  
City                State    ZIP Code

**Who incurred the debt?** Check one.  
☐ Debtor 1 only  
☐ Debtor 2 only  
☐ Debtor 1 and Debtor 2 only  
☑ At least one of the debtors and another  

☐ Check if this claim is for a community debt  

**Is the claim subject to offset?**  
☑ No  
☐ Yes

Last 4 digits of account number ____  
When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Type of NONPRIORITY unsecured claim:**  
☐ Student loans  
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims  
☐ Debts to pension or profit-sharing plans, and other similar debts  
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

$ Unknown

---

Debtor 1 ___Terry___Lee_____    Case number *(if known)* __19-36871-H5-7__

First Name    Middle Name    Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

**4.73**  Dr. Scott Howell

Nonpriority Creditor's Name

2840 King's Retreat Circle

Number    Street

Humble                          TX    77345

City                              State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 4,500.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Garden Oaks & Signature Smiles Humble

---

**4.74**  Enlive Dental (Macco Systems)

Nonpriority Creditor's Name

23276 S Pointe Drive, #101

Number    Street

Laguna Hills                    CA    92653

City                              State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.75**  Entergy Texas, Inc.

Nonpriority Creditor's Name

P.O. Box 8104

Number    Street

Baton Rouge                    LA    70891

City                              State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number 5375

When was the debt incurred? _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1 ___Terry___Case_____
        First Name    Middle Name    Last Name

Case number *(if known)* __19-36871 H5-7__

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

---

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|   |   | **Total claim** |
|---|---|---|

**4.76**  Felicia Starr
Nonpriority Creditor's Name

10134 Rockaway Drive
Number       Street

Houston                         TX        77016
City                            State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt

$ Unknown

---

**4.77**  Fidelis Realty Partners
Nonpriority Creditor's Name

4500 Bissonnet Street, Suite 200
Number       Street

Bellaire                        TX        77401
City                            State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number  5452

When was the debt incurred?  2017

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt - Loan

$ Unknown

---

**4.78**  Fidelity Investments
Nonpriority Creditor's Name

P.O. Box 770001
Number       Street

Cincinnati                      OH        45277
City                            State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Business Debt

$ 13,209.20

---

Debtor 1 ___Terry___Lee_____  Case number *(if known)* __19-36871-H5-7__
        First Name   Middle Name   Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|

---

**4.79**  First Defense Fire & Safety
Nonpriority Creditor's Name

P.O. BOX 667189
Number        Street

Houston                     TX     77266
City                        State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 57.50

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.80**  First Defense Fire & Safety
Nonpriority Creditor's Name

P.O. BOX 667189
Number        Street

Houston                     TX     77266
City                        State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 65.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

---

**4.81**  Five Star Orthodontic
Nonpriority Creditor's Name

P.O. Box 888
Number        Street
2928 Metro Street, Suite 102

Denton                      TX     76207
City                        State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 6002/6566

**When was the debt incurred?** _____

$ 149.50

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

Debtor 1  _Terry Lee_____
First Name     Middle Name     Last Name

Case number *(if known)* __19-36871-H5-7__

---

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |

**4.82**

Five Star Orthodontic
Nonpriority Creditor's Name

P.O. Box 888
Number     Street

2928 Metro Street, Suite 102

Denton                          TX        76207
City                            State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **6944/6841**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ **718.79**

---

**4.83**

Generators of Houston
Nonpriority Creditor's Name

6106 Milwee Street
Number     Street

Houston                         TX        77092
City                            State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Surgical Center, LLC dba Alliance Surgical Center & dba Alliance Surgical Center Garden Oaks

$ **Unknown**

---

**4.84**

Genesis Ortho Laboratory
Nonpriority Creditor's Name

16044 South Skyview Court
Number     Street

Forney                          TX        75126
City                            State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Victoria

$ **Unknown**

---

Debtor 1  Terry Lee

First Name    Middle Name    Last Name

Case number *(if known)* 19-36871-H5-7

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

**4.85**   Glidewell Laboratories

Nonpriority Creditor's Name

4146 MacArthur Blvd.

Number   Street

Newport Beach   CA   92665

City   State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  0648 - Dr. Darius Sm   $ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

**4.86**   Glidewell Laboratories

Nonpriority Creditor's Name

4141 MacArthur Blvd.

Number   Street

Newport Beach   CA   92660

City   State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  6370-Dr. Brian Stanws   Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Business Debt of Signature Smiles Woodlands, PLLC dba Signature Smiles Woodlands

**4.87**   Glidewell Laboratories

Nonpriority Creditor's Name

4147 MacArthur Blvd.

Number   Street

Newport Beach   CA   92666

City   State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  0595 - Dr Derek Liang   $ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Debtor 1 ___Terry___ Lee _____ Lee_____                      Case number *(if known)* __19-36871-H5-7__
           First Name   Middle Name   Last Name

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.88**   Glidewell Laboratories

Nonpriority Creditor's Name

4143 MacArthur Blvd.

Number         Street

Newport Beach            CA      92662
City                     State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   1832 - Dr David Cho       $ 1,338.00

**When was the debt incurred?**   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.89**   Glidewell Laboratories

Nonpriority Creditor's Name

4141 MacArthur Blvd.

Number         Street

Newport Beach            CA      92660
City                     State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   1563 - Dr. Andrew Go   $ 4,505.00

**When was the debt incurred?**   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.90**   Glidewell Laboratories

Nonpriority Creditor's Name

4142 MacArthur Blvd.

Number         Street

Newport Beach            CA      92661
City                     State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   7512 - Dr. Kevin Yeh   $ 3,276.92

**When was the debt incurred?**   _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

Debtor 1 ___Terry___Lee_____   Case number *(if known)* __19-36871-H5-7__

First Name    Middle Name    Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|---|---|---|---|

**4.91** Glidewell Laboratories

Nonpriority Creditor's Name

4144 MacArthur Blvd.

Number    Street

Newport Beach   CA   92663

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0691 - Dr. Kristine A...   $ Unknown

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

**4.92** Glidewell Laboratories

Nonpriority Creditor's Name

4141 MacArthur Blvd.

Number    Street

Newport Beach   CA   92660

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6799-Dr. Gary Gardne...  Unknown

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Woodlands, PLLC dba Signature Smiles Woodlands

**4.93** GoSharps, LLC

Nonpriority Creditor's Name

3044 Old Denton Road

Number    Street

Carrollton   TX   75007

City    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  5649/5651   $ 130.00

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Debtor 1 ___Terry___ ___Lee___ ___Case___
         First Name    Middle Name    Last Name

Case number *(if known)* __19-36871-H5-7__

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | Total claim |
|---|---|

**4.94**  GoSharps, LLC
Nonpriority Creditor's Name

3044 Old Denton Road
Number       Street

Carrollton                    TX        75007
City                          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **5644**

**When was the debt incurred?**  _____

$ 540.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Surgical Center, LLC dba Alliance Surgical Center & dba Alliance Surgical Center Garden Oaks

**4.95**  Grace Medical Gas and Equipment
Nonpriority Creditor's Name

19102 Mockingbird Valley Drive
Number       Street

Katy                          TX        77449
City                          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?**  _____

$ 1,309.05

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

**4.96**  Gray Reed & Mcgraw
Nonpriority Creditor's Name

1300 Post Oak Blvd., Suite 2000
Number       Street

Houston                       TX        77056
City                          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **4298**

**When was the debt incurred?**  _____

$ 902.50

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 34 of 67

| Debtor 1 | Terry | Lee | Case | | 19-36871 HSV |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | Case number *(if known)* | |

## Part 2:    List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | | Total claim |
|---|---|---|---|

**4.97**

GRB Dental
Nonpriority Creditor's Name

918 Willow Street
Number        Street

Pasadena                    TX        77506
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

**4.98**

Guardian
Nonpriority Creditor's Name

10 Hudson Yards
Number        Street

New York                    NY        10001
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

**4.99**

Harper Lawrence Financial, LLC
Nonpriority Creditor's Name

5407 Harbor Mist
Number        Street

Baytown                    TX        77521
City                          State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

Debtor 1 ___Terry___Lee___ _____    Case number _(if known)_ __19-36871-H5-7__
          First Name    Middle Name    Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |

**4.10** Harris County, et al
_____
Nonpriority Creditor's Name
c/o Mr. John P. Dillman
_____
Number       Street
P.O. Box 3064
_____

Houston                  TX     77253-3064
_____
City                     State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

                              $ 2,457.25

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

**4.10** Hartman Income REIT Operating Partnership, LP
_____
Nonpriority Creditor's Name
dba Garden Oaks Shopping Center
_____
Number       Street
2909 Hillcroft, Suite 420
_____

Houston                  TX     77057
_____
City                     State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

                              $ Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks - Lease

**4.10** Hartman Management
_____
Nonpriority Creditor's Name
7211 Regency Square Blvd., Suite 223
_____
Number       Street

Houston                  TX     77036
_____
City                     State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

                              $ Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Debtor 1  Terry __Lee__ __Cui__

First Name   Middle Name   Last Name

Case number *(if known)* __19-36871-H5-7__

| Part 2: | List All of Your **NONPRIORITY** Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

**4.10** Hartman SPE, LLC

Nonpriority Creditor's Name

7211 Regency Square Blvd., Suite 223

Number   Street

Houston                                  TX      77036

City                                     State   ZIP Code

Last 4 digits of account number   6ATL

When was the debt incurred?   2012

$ Unknown

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt - Loan

---

**4.10** HealthFirst

Nonpriority Creditor's Name

Dept. CH 14330

Number   Street

Palatine                                 IL      60055

City                                     State   ZIP Code

Last 4 digits of account number   6679

When was the debt incurred?

$525.33

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.10** HealthFirst

Nonpriority Creditor's Name

Dept. CH 14330

Number   Street

Palatine                                 IL      60055

City                                     State   ZIP Code

Last 4 digits of account number   8875/5819

When was the debt incurred?

$445.00

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt of Signature Smiles Surgical Center, LLC dba Alliance Surgical Center & dba Alliance Surgical Center Garden Oaks

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1 ___Terry___Lee___ _____   Case number *(if known)* 19-36871-H5-7
          First Name   Middle Name   Last Name

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.10** Henry Schein
Nonpriority Creditor's Name

8781 West Road, Suite 140
Number       Street

Houston                    TX      77064
City                       State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  4379

**When was the debt incurred?**  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ Unknown

---

**4.10** Highland Capital Corporation
Nonpriority Creditor's Name

5 Center Avenue
Number       Street

Little Falls                NJ      07424
City                       State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  2480
**When was the debt incurred?**  2019

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$24,334.48

---

**4.10** Highland Capital Corporation
Nonpriority Creditor's Name

5 Center Avenue
Number       Street

Little Falls                NJ      07424
City                       State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number
**When was the debt incurred?**  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt ofSignature Smiles Humble, PLLC dba Signature Smiles Humble

$1,045.02

Debtor 1   Terry Lee _____
          First Name   Middle Name   Last Name

Case number (if known) 19-36871-H5-7

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.10** Hiossen, Inc
Nonpriority Creditor's Name

270 Sylvan Ave., Suite 1130
Number     Street

Englewood Cliffs          NJ      07632
City                      State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ 1,267.00

**4.11** Holly Palmer/Harper Lawrence Financial LLC
Nonpriority Creditor's Name

5407 Harbor Mist
Number     Street

Baytown                   TX      77521
City                      State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

$ 3,750.62

**4.11** Humana
Nonpriority Creditor's Name

P.O. Box 3226
Number     Street

Milwaukee                 WI      53201
City                      State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number 5001

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ Unknown

Debtor 1    Terry    Lee    Cass

First Name    Middle Name    Last Name

Case number *(if known)*  19-36871-H5-7

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

**4.11** Humana Healthcare Plans

Nonpriority Creditor's Name

P.O. Box 3226

Number     Street

Milwaukee          WI     53201

City          State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

**4.11** Inpro

Nonpriority Creditor's Name

P.O. Box 720

Number     Street

Muskego          WI     53150

City          State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

**4.11** Jonathan Herrera/Rebecca Longoria

Nonpriority Creditor's Name

9927 Myrtle Field Lane

Number     Street

Houston          TX     77044

City          State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ 700.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

Debtor 1    Terry Lee

First Name    Middle Name    Last Name

Case number *(if known)* 19-36871-H5-7

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.11** JPMorgan Chase Bank, N.A.

Nonpriority Creditor's Name

c/o Bruce J. Ruzinsky

Number        Street

1401 McKinney Street, Suite 1900

Houston                    TX      77010

City                      State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.11** Juan Covarrubias/Maria Covarrubias

Nonpriority Creditor's Name

9310 Mill View Lane

Number        Street

Humble                    TX      77396

City                      State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 178.83

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

---

**4.11** Kettenbach, LP

Nonpriority Creditor's Name

62-64 Enter Lane

Number        Street

Islandia                  NY      11749

City                      State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number 7133

When was the debt incurred? _____

$ 68.49

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

---

Official Form 106E/F         Schedule E/F: Creditors Who Have Unsecured Claims

Debtor 1 ___Terry___Lee_____
         First Name   Middle Name   Last Name

Case number *(if known)* ___19-36871-H5-7___

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |

**4.11k** Kettenbach, LP
Nonpriority Creditor's Name

62-64 Enter Lane
Number      Street

Islandia                    NY      11749
City                        State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  4163/6057
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ 2,165.27

---

**4.11k** Kimberlee Presson
Nonpriority Creditor's Name

4714 Applewood Crest Lane
Number      Street

Rosharon                    TX      77583
City                        State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

$ 0.00

---

**4.12l** K&L Gates, LLP
Nonpriority Creditor's Name

1000 Main St., Suite 2550
Number      Street

HOUSTON                     TX      77002
City                        State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number
When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ 169,501.39

---

Debtor 1  Terry  Lee  Lloyd
First Name      Middle Name      Last Name

Case number *(if known)* 19-36871-H5-7

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | | Total claim |
|---|---|---|---|

**4.12** **Lincoln Financial Group**

Nonpriority Creditor's Name

1330 Post Oak Blvd., # 2800

Number      Street

Houston                         TX    77056

City                            State  ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

$ Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.12** **Lonestar Radiation Services**

Nonpriority Creditor's Name

22011 Avonglen Lane

Number      Street

Spring                          TX    77389

City                            State  ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

$ 2,193.00

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Business Debt of Signature Smiles Surgical Center, LLC dba Alliance Surgical Center & dba Alliance Surgical Center Garden Oaks

---

**4.12** **Lyon Collection Services, Inc.**

Nonpriority Creditor's Name

370 7th Avenue

Number      Street

New York                        NY    10001

City                            State  ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 8786

**When was the debt incurred?** _____

$ Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

Debtor 1 ___Terry___Lee___Cass_____   Case number *(if known)* __19-36871-H5-7__
First Name        Middle Name        Last Name

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

|  | | **Total claim** |
|---|---|---|

**4.12**  Marcel Commons of the Woodlands, LLC
Nonpriority Creditor's Name

14815 Old Conroe Road
Number        Street

Conroe                     TX        77384
City                       State     ZIP Code

**Last 4 digits of account number** _____

**When was the debt incurred?**  __2015__

$ __Unknown__

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt - Loan

---

**4.12**  Mayclin Dental Studio, Inc./
Nonpriority Creditor's Name

KinderKrowns
Number        Street

7505 Hwy. 7, Suite 100

St. Louis Park             MN        55426
City                       State     ZIP Code

**Last 4 digits of account number** _____

**When was the debt incurred?**  _____

$ __668.38__

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.12**  McKesson Medical-Surgical
Nonpriority Creditor's Name

9954 Mayland Drive, Suite 4000
Number        Street

Richmond                   VA        23233
City                       State     ZIP Code

**Last 4 digits of account number** 8501

**When was the debt incurred?**  _____

$ __813.51__

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Surgical Center, LLC dba Alliance Surgical Center & dba Alliance Surgical Center Garden Oaks

---

Debtor 1 ___Terry___Lee_____   Case number *(if known)* ___19-36871-H5-7___
First Name   Middle Name   Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.12** Medline Industries
Nonpriority Creditor's Name

P.O. Box 121080, Dept. 1080
Number   Street

Dallas                          TX      75312
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  8744/4105

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.12** Memorial Hermann
Nonpriority Creditor's Name

P.O. Box 4370
Number   Street

Houston                          TX      77210-4370
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  9134

**When was the debt incurred?** _____

$ 500.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Medical Services

---

**4.12** Metropolitan Life Insurance
Nonpriority Creditor's Name

P.O. Box 981282
Number   Street

El Paso                          TX      79998
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

Debtor 1 _____ Terry ___Lee___ _____
First Name    Middle Name    Last Name

Case number (if known) ___19-36871-H57___

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |

**4.13**  Michael Paik
_____
Nonpriority Creditor's Name

3800 N Shepherd Drive
_____
Number        Street

Houston                    TX    77018
_____
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt - Debtor's Business Partner on Carebridge Digital, LLC

$ Unknown

---

**4.13**  Mike's Superior Dental Lab
_____
Nonpriority Creditor's Name

25407 Stanolind Road
_____
Number        Street

Tomball                    TX    77375
_____
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ 70.00

---

**4.13**  MIR Enterprises
_____
Nonpriority Creditor's Name

13923 Schmidt Road
_____
Number        Street

Cypress                    TX    77429
_____
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ Unknown

---

Debtor 1  Terry     Lee     Case
   First Name     Middle Name     Last Name        Case number *(if known)* 19-36871-H5-7

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.13**  National Crime Search, Inc.
Nonpriority Creditor's Name

3452 E Joyce Blvd.
Number     Street

Fayetteville          AR     72703
City                 State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.13**  Nobel Biocare USA, LLC
Nonpriority Creditor's Name

33201 Collection Center Drive
Number     Street

Chicago              IL     60693
City                 State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 2368

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.13**  Office Systems Of Texas
Nonpriority Creditor's Name

P.O. Box 660831
Number     Street

Dallas               TX     75266
City                 State   ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** 1000

**When was the debt incurred?** _____

$ 2,194.57

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Debtor 1 ___Terry___Lee_____   Case number *(if known)* 19-36871 H5-7
        First Name    Middle Name    Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |

### 4.13 Open Dental Software

Nonpriority Creditor's Name

3275 Marietta Street SE

Number        Street

Salem                    OR        97317

City                     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  5052/0785/8203

**When was the debt incurred?** _____

$ Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

### 4.13 Ortho Arch

Nonpriority Creditor's Name

P.O. Box 95676

Number        Street

Hoffman Estates            IL        60195

City                     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  2576/5081

**When was the debt incurred?** _____

$ Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

### 4.13 Osteogenics Biomedical, Inc.

Nonpriority Creditor's Name

4620 71st Street, Building 78

Number        Street

Lubbock                   TX        79424

City                     State     ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?** _____

$ Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Debtor 1 ___Terry___Lee_____  Case number *(if known)*___19-36871-H5-7___
First Name      Middle Name      Last Name

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☐ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|--|--|--|

**4.13** Over Bytes
Nonpriority Creditor's Name

Last 4 digits of account number ____    $ 1,431.06

565 South Mason Road, #190
Number      Street

When was the debt incurred? _____

Katy                          TX      77450
City                         State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.14** Patrick Palmer
Nonpriority Creditor's Name

Last 4 digits of account number ____    $ Unknown

When was the debt incurred? _____

910 Paradise Road
Number      Street

Baytown                       TX      77521
City                         State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.14** Patterson Dental Supply, Inc.
Nonpriority Creditor's Name

Last 4 digits of account number ____    $ 45,867.49

When was the debt incurred? _____

28244 Network Place
Number      Street

Chicago                       IL      60673
City                         State    ZIP Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Texas Alliance Surgical Center, LLC dba Alliance Surgical Center Humble

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1   Terry   Lee   Sisson

First Name   Middle Name   Last Name

Case number *(if known)* 19-36871-H1-7

---

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.14**

Patterson Dental Supply, Inc.

Nonpriority Creditor's Name

28244 Network Place

Number        Street

Chicago                    IL      60673

City                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  4589

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

$ 30,128.23

---

**4.14**

Patterson Dental Supply, Inc.

Nonpriority Creditor's Name

28244 Network Place

Number        Street

Chicago                    IL      60673

City                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  3421

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ 29,750.33

---

**4.14**

Patterson Dental Supply, Inc.

Nonpriority Creditor's Name

28244 Network Place

Number        Street

Chicago                    IL      60673

City                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  2390/0911

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Surgical Center, LLC dba Alliance Surgical Center & dba Alliance Surgical Center Garden Oaks

$ 2,944.66

---

Debtor 1  Terry Lee
First Name   Middle Name   Last Name

Case number *(if known)* 19-36871-H5-7

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
| --- | --- |

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☒ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**Total claim**

**4.14**  Pawnee Leasing Corporation
Nonpriority Creditor's Name

3801 Automation Way, Suite 207
Number     Street

Fort Collins            CO     80525
City                    State  ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☒ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  0453

When was the debt incurred?  2019

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Business Debt - Loan

$ 128,654.12

---

**4.14**  P&G Distributing, LLC
Nonpriority Creditor's Name

24808 Network Place
Number     Street

Chicago                 IL     60673
City                    State  ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  5147

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ 607.94

---

**4.14**  P&G Distributing, LLC
Nonpriority Creditor's Name

24808 Network Place
Number     Street

Chicago                 IL     60673
City                    State  ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  6031/8581

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

$ Unknown

---

Debtor 1  Terry Lee _____
First Name    Middle Name    Last Name

Case number (if known) 19-36871-H5-7

---

**Part 2:** List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☐ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.14** P&G Oral Health
Nonpriority Creditor's Name

24808 Network Place
Number    Street

Chicago          IL    60673
City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Business Debt of Signature Smiles Surgical Center, LLC dba Alliance Surgical Center & dba Alliance Surgical Center Garden Oaks

---

**4.14** Pharmacy Advisors, Inc.
Nonpriority Creditor's Name

P.O. Box 2745
Number    Street

Bellaire          TX    77402
City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 850.00

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Business Debt of Signature Smiles Surgical Center, LLC dba Alliance Surgical Center & dba Alliance Surgical Center Garden Oaks

---

**4.15** Philips
Nonpriority Creditor's Name

P.O. Box 847632
Number    Street

Dallas          TX    75284
City          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number 6346/7144

When was the debt incurred? _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

Debtor 1 ___Terry Lee_____
First Name        Middle Name        Last Name

Case number *(if known)* 19-36871-H5-7

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | Total claim |
|---|---|

**4.15** Pitney Bowes
Nonpriority Creditor's Name

P.O. Box 371874
Number        Street

Pittsburgh                    PA        15250
City                          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **2108**

When was the debt incurred?  _____

$ 80.90

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

**4.15** Provider Privileging, LLC
Nonpriority Creditor's Name

11500 Northwest Fwy., Suite 200,O
Number        Street

Houston                       TX        77092
City                          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

When was the debt incurred?  _____

$ 686.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Surgical Center, LLC dba Alliance Surgical Center & dba Alliance Surgical Center Garden Oaks

**4.15** Ready Refresh
Nonpriority Creditor's Name

P.O. Box 856680
Number        Street

Louisville                    KY        40285
City                          State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **9630**

When was the debt incurred?  _____

$ Unknown

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Debtor 1 ___Terry___Lee_____
         First Name   Middle Name   Last Name

Case number *(if known)* ___19-36871-H5-7___

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | **Total claim** |
|---|---|

**4.15**  Renaissance Systems and Services, LLC
Nonpriority Creditor's Name

P.O. Box 67000, Dept. 277501
Number        Street

Detroit                          MI        48267
City                             State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **6873**

**When was the debt incurred?**  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

$ **Unknown**

---

**4.15**  Renaissance Systems and Services, LLC
Nonpriority Creditor's Name

P.O. Box 67000, Dept. 277501
Number        Street

Detroit                          MI        48267
City                             State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **3452**

**When was the debt incurred?**  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ **99.99**

---

**4.15**  Sedadent Anesthesia Group
Nonpriority Creditor's Name

3401 Royal Vista Blvd., Suite A100
Number        Street

Round Rock                       TX        78681
City                             State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  _____

**When was the debt incurred?**  _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ **Unknown**

---

Debtor 1 ___Terry___Lee_____   Case number *(if known)* __19-36871-H5-7__
         First Name    Middle Name    Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☐ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**Total claim**

**4.15** Sedation Resource
Nonpriority Creditor's Name

P.O. Box 250
Number      Street

Lone Oak                    TX       75453
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  3715

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ Unknown

---

**4.15** Smile Makers
Nonpriority Creditor's Name

P.O. Box 2543
Number      Street

Spartanburg                 SC       29304
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  7785/8223

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

$ Unknown

---

**4.15** Smile Makers
Nonpriority Creditor's Name

P.O. Box 2543
Number      Street

Spartanburg                 SC       29304
City                        State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  3788/8216

**When was the debt incurred?** _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ 397.60

---

Debtor 1 ___Terry___Lee_____
                First Name      Middle Name      Last Name

Case number *(if known)* __19-36871-H57__

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.16** **Specialty Appliances**
Nonpriority Creditor's Name

4905 Hammond Industrial Drive
Number          Street

Cumming                          GA      30041
City                             State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Total claim**

Last 4 digits of account number  2260

**When was the debt incurred?** _____

$ 1,813.40

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.16** **State Farm**
Nonpriority Creditor's Name

P.O. Box 190128
Number          Street

Birmingham                       AL      35319
City                             State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

**When was the debt incurred?** _____

$ 163.58

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.16** **Stern Empire Houston**
Nonpriority Creditor's Name

P.O. Box 776229
Number          Street

Chicago                          IL      60677
City                             State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  6714/7119/7120

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

Debtor 1    Terry    Lee    Case number (if known)   19-36871-H3-7
          First Name   Middle Name   Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---------|----------------------------------------------|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | Total claim |
|--|--|-------------|

**4.16** Steve's Handpiece Repair

Nonpriority Creditor's Name

3007 Woodland Hills Drive, #136

Number       Street

Humble                    TX      77339
City                      State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ 298.77

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

---

**4.16** Straumann USA, LLC

Nonpriority Creditor's Name

P.O. Box 414029

Number       Street

Boston                    MA      02241
City                      State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number 8525

When was the debt incurred? _____

$ 110.42

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.16** TeamViewer/GMBH

Nonpriority Creditor's Name

P.O. Box 743135

Number       Street

Atlanta                   GA      30374
City                      State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

$ Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Debtor 1 ___Terry___Lee_____   Case number *(if known)* 19-36871 H5?
First Name    Middle Name    Last Name

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

**4.16** Tempie Crawford
Nonpriority Creditor's Name

319 American Black Bear Drive
Number    Street

Crosby                    TX      77532
City                      State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** _____

$ 316.00

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

---

**4.16** Texas Department of State Health Services
Nonpriority Creditor's Name

P.O. box 12190
Number    Street

Austin                    TX      78711
City                      State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.16** Texas Medical Recovery
Nonpriority Creditor's Name

4830 Wilson Road, Suite 300, PMB 192
Number    Street

Humble                    TX      77396
City                      State   ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** _____

$ 236.61

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor 1 | Terry | Lee | Hsu | Case number *(if known)* | 19-36871-H5-7 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:   List All of Your NONPRIORITY Unsecured Claims

**3.   Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | **Total claim** |
|---|---|---|

### 4.16   The Hartford

Nonpriority Creditor's Name

P.O. Box 660916

Number        Street

| Dallas | TX | 75266 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   9944/9965

**When was the debt incurred?**   _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Business Debt of Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

### 4.17   The Retainer Factory

Nonpriority Creditor's Name

2545 Jackson Keller Road

Number        Street

| San Antonio | TX | 78230 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**   _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

### 4.17   Trinity Legal Discovery

Nonpriority Creditor's Name

945 McKinney, Suite 388

Number        Street

| Houston | TX | 77002 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**   0012

**When was the debt incurred?**   11/2019

$ 38,816.87

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Debtor 1 _____ Terry Lee _____ _____
First Name   Middle Name   Last Name

Case number *(if known)* 19-36871-H5-7

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

---

**4.17** U.A. Plumbers

Nonpriority Creditor's Name

468 Link Road
Number        Street
P.O. Box 8726

Houston                TX        77009
City                   State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ____ ____ ____ ____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Total claim
$ Unknown

---

**4.17** Ultimate Biomedical Solutions

Nonpriority Creditor's Name

6315 FM 1488 Road, Suite B
Number        Street

Magnolia               TX        77354
City                   State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number ____ ____ ____ ____

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Business Debt of Signature Smiles Surgical Center, LLC dba Alliance Surgical Center & dba Alliance Surgical Center Garden Oaks

$ 1,771.85

---

**4.17** UltraDent Products, Inc.

Nonpriority Creditor's Name

P.O. Box 952648
Number        Street

St. Louis              MO        63195
City                   State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number 4005/6992/6993

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ 142.87

---

| Debtor 1 | Terry | Lee | Fraser | Case number *(if known)* | 19-36871-H5-7 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |
|---|---|---|

**4.17** UnitedHealthcare

Nonpriority Creditor's Name

P.O. Box 94017

Number    Street

Palatine                IL        60094
City                    State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  _____

$ Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

---

**4.17** U.S. Bank N.A./U.S. Bank Equipment Finance

Nonpriority Creditor's Name

c/o Joni M. Fraser

Number      Street

6213 Skyline Drive, Suite 2100

Houston              TX       77057
City                 State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  _____

$ Unknown

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Lawsuit - Business Debt of Terry Lee DDS, PLLC & Signature Smiles Surgical Center, LLC

---

**4.17** US-Yellow Pages

Nonpriority Creditor's Name

P.O. Box 40506

Number      Street

Jacksonville         FL       32203
City                 State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?  _____

$ 2,072.00

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Debtor 1 ___Terry___Lee_____   Case number (if known)___19-36871-H5-7___
         First Name    Middle Name    Last Name

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☐ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  | | **Total claim** |

**4.17**  Vincent Lee
Nonpriority Creditor's Name

4726 Lakeside Meadows Drive
Number     Street

Last 4 digits of account number ____

When was the debt incurred? _____

$ Unknown

Missouri City            TX    77459
City                     State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt - Debtor's Business Partner on Carebridge Digital, LLC

**4.17**  Vitality Dental Arts
Nonpriority Creditor's Name

462 N. McLean Blvd.
Number     Street

Last 4 digits of account number ____

When was the debt incurred? _____

$ 5,538.86

Elgin                   IL    60123
City                     State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

**4.18**  Weave Communications
Nonpriority Creditor's Name

2000 W Ashton Blvd., Suite 100
Number     Street

Last 4 digits of account number ____

When was the debt incurred? _____

$ Unknown

Lehi                    UT    84043
City                     State  ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Debtor 1  Terry Lee
First Name    Middle Name    Last Name

Case number (if known) 19-36871-H3-7

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☐ Yes

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.18** Web Host Agents

Nonpriority Creditor's Name

228 Park Ave. S, #49828

Number        Street

New York                    NY      10003
City                         State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ 180.00

**4.18** Worldwide Business Services

Nonpriority Creditor's Name

6433 Topanga Canyon Blvd., #603

Number        Street

Conga Park                   CA      91303
City                         State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

$ 373.26

**4.18** Xoom Energy

Nonpriority Creditor's Name

P.O. Box 650411

Number        Street

Dallas                       TX      75265
City                         State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Business Debt of Signature Smiles Humble, PLLC dba Signature Smiles Humble

$ Unknown

Debtor 1 ___Terry Lee_____
        First Name    Middle Name    Last Name

Case number *(if known)* 19-36871-H3-7

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Brian P. Stanworth, D.D.S.
Name

102 Deer Crossing Court
Number    Street

Conroe                          TX        77384
City                           State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.61_ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Care Credit
Name

P.O. Box 965033
Number    Street

Orlando                         FL        32896
City                           State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.23_ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Care Credit
Name

P.O. Box 960013
Number    Street

Orlandon                        FL        32896
City                           State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.23_ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Cigna Accent
Name

P. O. Box 188012
Number    Street

Chattanooga                     TN        37422
City                           State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.35_ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Genesis Ortho Laboratory
Name

3400 Trent Road, Suite E
Number    Street

New Bern                        NC        28562
City                           State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.84_ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Guardian
Name

P.O. Box 981572
Number    Street

El Paso                         TX        79998-15
City                           State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.98_ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Harris County, et al
Name

c/o Tax Assessor-Collector
Number    Street

P.O. Box 4622

Houston                         TX        77210-46
City                           State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.10_ of *(Check one):* ☐ Part 1: Creditors with Priority Unsecured Claims
                                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Debtor 1 _Terry Lee_ _____
First Name        Middle Name        Last Name

Case number (if known) _19-36871-H3-7_

| | |
|---|---|
| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

Harris County, et al
Name

P.O. Box 3547
Number      Street

Houston                    TX      77253-35
City                       State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _4.10_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Hartman SPE, LLC
Name

2975 Regent Blvd., Suite 100
Number      Street

Irving                     TX      75063
City                       State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _4.10_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Hartman SPE, LLC
Name

P.O. Box 207743
Number      Street

Dallas                     TX      75320-77
City                       State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _4.10_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

JPMorgan Chase Bank, N.A.
Name

P.O. Box 78039
Number      Street

Phoenix                    AZ      85062.803
City                       State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _4.11_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

K&L Gates, LLP
Name

P.O. Box 844288
Number      Street

Boston                     MA      02284
City                       State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _4.12_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

K&L Gates, LLP
Name

1717 Main Street, Suite 2800
Number      Street

Houston                    TX      77017
City                       State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _4.12_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Lincoln Financial Group
Name

150 N. Radnor-Chester Road
Number      Street

Wayne                      PA      19087
City                       State   ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _4.12_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Debtor 1  _Terry Lee_____

First Name    Middle Name    Last Name

Case number (if known) _19-36871-H3-7_____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Marcel Commons of the Woodlands, LLC
Name

c/o The Marcel Group
Number      Street

P.O. Box 9556

| Spring | TX | 77387 |
|---|---|---|
| City | State | ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.12_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Texas Workforce Commission
Name

P.O. Box 149037
Number      Street

| Austin | TX | 78714-903 |
|---|---|---|
| City | State | ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _2.4_ of  (Check one): ☑ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Texas Workforce Commission
Name

P.O. Box 149037
Number      Street

| Austin | TX | 78714-903 |
|---|---|---|
| City | State | ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _2.3_ of  (Check one): ☑ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Texas Workforce Commission
Name

P.O. Box 149037
Number      Street

| Austin | TX | 78714-903 |
|---|---|---|
| City | State | ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of  (Check one): ☑ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

Trinity Legal Discovery
Name

815 Walker Street, Suite 353
Number      Street

| Houston | TX | 77002 |
|---|---|---|
| City | State | ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.17_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

UnitedHealthcare
Name

185 Asylum Street - 03B
Number      Street

| Hartford | CT | 06103 |
|---|---|---|
| City | State | ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.17_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

---

UnitedHealthcare Insurance Company
Name

P.O. Box 30607
Number      Street

| Salt Lake City | UT | 84130-060 |
|---|---|---|
| City | State | ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _4.17_ of  (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number**

Debtor 1  Terry Lee _____

First Name    Middle Name    Last Name

Case number (*if known*) 19-36871 H97

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---------|--------------------------------------------------|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

|  |  | Total claim |
|--|--|-------------|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. $ 14,322.53 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. $ 14,322.53 |

|  |  | Total claim |
|--|--|-------------|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 1,598,002.77 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 1,598,002.77 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor | Terry  Lee | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse If filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the Southern District of Texas

Case number (If known)  19-36871-H5-7

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** Reeves County Detention Center<br>Name<br>98 W County Road 204<br>Street<br>Pecos                                    TX          79772<br>City                         State       ZIP Code | Lease of Apartment to Debtor/<br>Lessee |
| **2.2**<br>Name<br><br>Street<br><br>City                         State       ZIP Code | |
| **2.3**<br>Name<br><br>Street<br><br>City                         State       ZIP Code | |
| **2.4**<br>Name<br><br>Street<br><br>City                         State       ZIP Code | |
| **2.5**<br>Name<br><br>Street<br><br>City                         State       ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1    Terry  Lee
            First Name            Middle Name            Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name            Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number    19-36871-H5-7
(If known)

☐ Check if this is an amended filing

Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

      ☐ No
      ☑ Yes. In which community state or territory did you live? TX_____. Fill in the name and current address of that person.

      Amanda Moon Lee
      Name of your spouse, former spouse, or legal equivalent

      508 W. 30th Street
      Number        Street

      Houston                    TX              77018
      City                        State           ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |
| **3.1** Carebridge Digital, LLC<br>Name<br>3800 N. Shepherd Drive<br>Street<br>Houston    TX    77018<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line 4.178<br>☐ Schedule G, line _____ |
| **3.2** Carebridge Digital, LLC<br>Name<br>3800 N. Shepherd Drive<br>Street<br>Houston    TX    77018<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line 4.62<br>☐ Schedule G, line _____ |
| **3.3** Carebridge Digital, LLC<br>Name<br>3800 N. Shepherd Drive<br>Street<br>Houston    TX    77018<br>City    State    ZIP Code | ☐ Schedule D, line _____<br>☑ Schedule E/F, line 4.130<br>☐ Schedule G, line _____ |

Debtor 1    Terry  Lee
First Name    Middle Name    Last Name

Case number (if known)_____

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.4**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX                    77018-6400
City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.101
☐ Schedule G, line _____

**3.5**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX                    77018-6400
City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.176
☐ Schedule G, line _____

**3.6**

Signature Smiles Surgical Center, LLC dba Alliance Surgical Center &
Name

3800 N. Shepherd Drive, Suite 3-B
Street

Houston                    TX                    77018-6400
City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.176
☐ Schedule G, line _____

**3.7**

Signature Smiles Surgical Center, LLC dba Alliance Surgical Center &
Name

3800 N. Shepherd Drive, Suite 3-B
Street

Houston                    TX                    77018-6400
City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.12
☐ Schedule G, line _____

**3.8**

Texas Alliance Surgical Center, LLC dba Alliance Surgical Center Hu
Name

14315 E. Sam Houston Pkwy. N., Suite 100
Street

Houston                    TX                    77044
City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.12
☐ Schedule G, line _____

**3.9**

Signature Smiles Surgical Center, LLC dba Alliance Surgical Center &
Name

3800 N. Shepherd Drive, Suite 3-B
Street

Houston                    TX                    77018-6400
City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.69
☐ Schedule G, line _____

**3.10**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX                    77018-6400
City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.69
☐ Schedule G, line _____

**3.11**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name

14315 E. Sam Houston Pkwy. N., Suite 100
Street

Houston                    TX                    77044
City                    State                    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.73
☐ Schedule G, line _____

Debtor 1    Terry  Lee
_____          Case number (if known)_____
First Name    Middle Name    Last Name

| | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| | Check all schedules that apply: |

**3.12**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
_____
Name

3800 N. Shepherd Drive, Suite 3-A
_____
Street

Houston                    TX            77018-6400
_____
City                    State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.73
☐ Schedule G, line _____

**3.13**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
_____
Name

14315 E. Sam Houston Pkwy. N., Suite 100
_____
Street

Houston                    TX            77044
_____
City                    State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.64
☐ Schedule G, line _____

**3.14**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
_____
Name

3800 N. Shepherd Drive, Suite 3-A
_____
Street

Houston                    TX            77018-6400
_____
City                    State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.64
☐ Schedule G, line _____

**3.15**

Signature Smiles Surgical Center, LLC dba Alliance Surgical Center
_____
Name

3800 N. Shepherd Drive, Suite 3-B
_____
Street

Houston                    TX            77018-6400
_____
City                    State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.63
☐ Schedule G, line _____

**3.16**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
_____
Name

14315 E. Sam Houston Pkwy. N., Suite 100
_____
Street

Houston                    TX            77044
_____
City                    State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.72
☐ Schedule G, line _____

**3.17**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
_____
Name

14315 E. Sam Houston Pkwy. N., Suite 100
_____
Street

Houston                    TX            77044
_____
City                    State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.18**

Texas Alliance Surgical Center, LLC dba Alliance Surgical Center Hu
_____
Name

14315 E. Sam Houston Pkwy. N., Suite 100
_____
Street

Houston                    TX            77044
_____
City                    State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.61
☐ Schedule G, line _____

**3.19**

Signature Smiles Surgical Center, LLC dba Alliance Surgical Center
_____
Name

3800 N. Shepherd Drive, Suite 3-B
_____
Street

Houston                    TX            77018-6400
_____
City                    State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.61
☐ Schedule G, line _____

Debtor 1   Terry  Lee
_____
First Name     Middle Name     Last Name

Case number (if known) _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.20
Signature Smiles Woodlands, PLLC dba Signature Smiles Woodlands
Name
2400 FM1488, Suite 200
Street
Conroe                    TX                    77384
City                      State                 ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.61
☐ Schedule G, line _____

3.21
Signature Smiles Surgical Center, LLC dba Alliance Surgical Center &
Name
3800 N. Shepherd Drive, Suite 3-B
Street
Houston                   TX                    77018-6400
City                      State                 ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.71
☐ Schedule G, line _____

3.22
Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name
14315 E. Sam Houston Pkwy. N., Suite 100
Street
Houston                   TX                    77044
City                      State                 ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.23
☐ Schedule G, line _____

3.23
Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name
14315 E. Sam Houston Pkwy. N., Suite 100
Street
Houston                   TX                    77044
City                      State                 ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.116
☐ Schedule G, line _____

3.24
Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name
14315 E. Sam Houston Pkwy. N., Suite 100
Street
Houston                   TX                    77044
City                      State                 ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.166
☐ Schedule G, line _____

3.25
Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name
14315 E. Sam Houston Pkwy. N., Suite 100
Street
Houston                   TX                    77044
City                      State                 ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.114
☐ Schedule G, line _____

3.26
Texas Alliance Surgical Center, LLC dba Alliance Surgical Center Hu
Name
14315 E. Sam Houston Pkwy. N., Suite 100
Street
Houston                   TX                    77044
City                      State                 ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.141
☐ Schedule G, line _____

3.27
Texas Alliance Surgical Center, LLC dba Alliance Surgical Center Hu
Name
14315 E. Sam Houston Pkwy. N., Suite 100
Street
Houston                   TX                    77044
City                      State                 ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.16
☐ Schedule G, line _____

Debtor 1   Terry  Lee
First Name   Middle Name   Last Name

Case number (if known)_____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.28**
Signature Smiles Woodlands, PLLC dba Signature Smiles Woodland:
Name
2400 FM1488, Suite 200
Street
Conroe            TX            77384
City            State            ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.29**
Signature Smiles Woodlands, PLLC dba Signature Smiles Woodland:
Name
2400 FM1488, Suite 200
Street
Conroe            TX            77384
City            State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.86
☐ Schedule G, line _____

**3.30**
Signature Smiles Woodlands, PLLC dba Signature Smiles Woodland:
Name
2400 FM1488, Suite 200
Street
Conroe            TX            77384
City            State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.92
☐ Schedule G, line _____

**3.31**
Signature Smiles Surgical Center, LLC dba Alliance Surgical Center &
Name
3800 N. Shepherd Drive, Suite 3-B
Street
Houston            TX            77018-6400
City            State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.173
☐ Schedule G, line _____

**3.32**
Signature Smiles Surgical Center, LLC dba Alliance Surgical Center &
Name
3800 N. Shepherd Drive, Suite 3-B
Street
Houston            TX            77018-6400
City            State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.152
☐ Schedule G, line _____

**3.33**
Signature Smiles Surgical Center, LLC dba Alliance Surgical Center &
Name
3800 N. Shepherd Drive, Suite 3-B
Street
Houston            TX            77018-6400
City            State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.149
☐ Schedule G, line _____

**3.34**
Signature Smiles Surgical Center, LLC dba Alliance Surgical Center &
Name
3800 N. Shepherd Drive, Suite 3-B
Street
Houston            TX            77018-6400
City            State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.144
☐ Schedule G, line _____

**3.35**
Signature Smiles Surgical Center, LLC dba Alliance Surgical Center &
Name
3800 N. Shepherd Drive, Suite 3-B
Street
Houston            TX            77018-6400
City            State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.148
☐ Schedule G, line _____

Debtor 1    Terry  Lee
First Name    Middle Name    Last Name

Case number (if known)_____

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|
| | Check all schedules that apply: |

**3.36**

Signature Smiles Surgical Center, LLC dba Alliance Surgical Center &
Name

3800 N. Shepherd Drive, Suite 3-B
Street

Houston                    TX              77018-6400
City                    State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.126
☐ Schedule G, line _____

**3.37**

Signature Smiles Surgical Center, LLC dba Alliance Surgical Center &
Name

3800 N. Shepherd Drive, Suite 3-B
Street

Houston                    TX              77018-6400
City                    State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.122
☐ Schedule G, line _____

**3.38**

Signature Smiles Surgical Center, LLC dba Alliance Surgical Center &
Name

3800 N. Shepherd Drive, Suite 3-B
Street

Houston                    TX              77018-6400
City                    State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.105
☐ Schedule G, line _____

**3.39**

Signature Smiles Surgical Center, LLC dba Alliance Surgical Center &
Name

3800 N. Shepherd Drive, Suite 3-B
Street

Houston                    TX              77018-6400
City                    State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.94
☐ Schedule G, line _____

**3.40**

Signature Smiles Surgical Center, LLC dba Alliance Surgical Center &
Name

3800 N. Shepherd Drive, Suite 3-B
Street

Houston                    TX              77018-6400
City                    State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.83
☐ Schedule G, line _____

**3.41**

Signature Smiles Surgical Center, LLC dba Alliance Surgical Center &
Name

3800 N. Shepherd Drive, Suite 3-B
Street

Houston                    TX              77018-6400
City                    State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.26
☐ Schedule G, line _____

**3.42**

Signature Smiles Surgical Center, LLC dba Alliance Surgical Center &
Name

3800 N. Shepherd Drive, Suite 3-B
Street

Houston                    TX              77018-6400
City                    State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.19
☐ Schedule G, line _____

**3.43**

Signature Smiles Surgical Center, LLC dba Alliance Surgical Center &
Name

3800 N. Shepherd Drive, Suite 3-B
Street

Houston                    TX              77018-6400
City                    State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.8
☐ Schedule G, line _____

Debtor 1    Terry  Lee
First Name    Middle Name    Last Name

Case number (if known)_____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.44**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name

14315 E. Sam Houston Pkwy. N., Suite 100
Street

Houston                    TX              77044
City                       State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.68
☐ Schedule G, line _____

**3.45**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name

14315 E. Sam Houston Pkwy. N., Suite 100
Street

Houston                    TX              77044
City                       State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.183
☐ Schedule G, line _____

**3.46**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name

14315 E. Sam Houston Pkwy. N., Suite 100
Street

Houston                    TX              77044
City                       State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 2.3
☐ Schedule G, line _____

**3.47**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name

14315 E. Sam Houston Pkwy. N., Suite 100
Street

Houston                    TX              77044
City                       State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.163
☐ Schedule G, line _____

**3.48**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name

14315 E. Sam Houston Pkwy. N., Suite 100
Street

Houston                    TX              77044
City                       State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.158
☐ Schedule G, line _____

**3.49**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name

14315 E. Sam Houston Pkwy. N., Suite 100
Street

Houston                    TX              77044
City                       State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.154
☐ Schedule G, line _____

**3.50**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name

14315 E. Sam Houston Pkwy. N., Suite 100
Street

Houston                    TX              77044
City                       State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.142
☐ Schedule G, line _____

**3.51**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name

14315 E. Sam Houston Pkwy. N., Suite 100
Street

Houston                    TX              77044
City                       State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.147
☐ Schedule G, line _____

Debtor 1  Terry    Lee
First Name        Middle Name        Last Name

Case number (if known)_____

## Additional Page to List More Codebtors

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
| --- | --- |
| | Check all schedules that apply: |

**3.52**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name

14315 E. Sam Houston Pkwy. N., Suite 100
Street

Houston                   TX              77044
City                State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.117
☐ Schedule G, line _____

**3.53**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name

14315 E. Sam Houston Pkwy. N., Suite 100
Street

Houston                   TX              77044
City                State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.108
☐ Schedule G, line _____

**3.54**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                   TX              77018-6400
City                State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.107
☐ Schedule G, line _____

**3.55**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name

14315 E. Sam Houston Pkwy. N., Suite 100
Street

Houston                   TX              77044
City                State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.99
☐ Schedule G, line _____

**3.56**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                   TX              77018-6400
City                State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.93
☐ Schedule G, line _____

**3.57**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name

14315 E. Sam Houston Pkwy. N., Suite 100
Street

Houston                   TX              77044
City                State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.80
☐ Schedule G, line _____

**3.58**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name

14315 E. Sam Houston Pkwy. N., Suite 100
Street

Houston                   TX              77044
City                State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.55
☐ Schedule G, line _____

**3.59**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name

14315 E. Sam Houston Pkwy. N., Suite 100
Street

Houston                   TX              77044
City                State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.51
☐ Schedule G, line _____

Debtor 1    Terry  Lee
          First Name    Middle Name    Last Name

Case number (*if known*)_____

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.60**
Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name
14315 E. Sam Houston Pkwy. N., Suite 100
Street
Houston                    TX                    77044
City                      State                  ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.61**
Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name
14315 E. Sam Houston Pkwy. N., Suite 100
Street
Houston                    TX                    77044
City                      State                  ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.41
☐ Schedule G, line _____

**3.62**
Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name
14315 E. Sam Houston Pkwy. N., Suite 100
Street
Houston                    TX                    77044
City                      State                  ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.27
☐ Schedule G, line _____

**3.63**
Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name
14315 E. Sam Houston Pkwy. N., Suite 100
Street
Houston                    TX                    77044
City                      State                  ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.25
☐ Schedule G, line _____

**3.64**
Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name
14315 E. Sam Houston Pkwy. N., Suite 100
Street
Houston                    TX                    77044
City                      State                  ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.20
☐ Schedule G, line _____

**3.65**
Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name
14315 E. Sam Houston Pkwy. N., Suite 100
Street
Houston                    TX                    77044
City                      State                  ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.13
☐ Schedule G, line _____

**3.66**
Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name
14315 E. Sam Houston Pkwy. N., Suite 100
Street
Houston                    TX                    77044
City                      State                  ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.100
☐ Schedule G, line _____

**3.67**
Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name
14315 E. Sam Houston Pkwy. N., Suite 100
Street
Houston                    TX                    77044
City                      State                  ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.10
☐ Schedule G, line _____

Debtor 1   Terry  Lee
         First Name   Middle Name   Last Name                              Case number *(if known)*_____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.68**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name

14315 E. Sam Houston Pkwy. N., Suite 100
Street

Houston                    TX           77044
City                       State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.5
☐ Schedule G, line _____

**3.69**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name

14315 E. Sam Houston Pkwy. N., Suite 100
Street

Houston                    TX           77044
City                       State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.1
☐ Schedule G, line _____

**3.70**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX           77018-6400
City                       State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.14
☐ Schedule G, line _____

**3.71**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX           77018-6400
City                       State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.182
☐ Schedule G, line _____

**3.72**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX           77018-6400
City                       State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.181
☐ Schedule G, line _____

**3.73**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX           77018-6400
City                       State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.180
☐ Schedule G, line _____

**3.74**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX           77018-6400
City                       State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.179
☐ Schedule G, line _____

**3.75**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX           77018-6400
City                       State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.175
☐ Schedule G, line _____

Debtor 1   Terry  Lee

First Name   Middle Name   Last Name

Case number (if known)_____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.76**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Name

3800 N. Shepherd Drive, Suite 3-A

Street

Houston                    TX              77018-6400

City                    State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.174
☐ Schedule G, line _____

**3.77**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Name

3800 N. Shepherd Drive, Suite 3-A

Street

Houston                    TX              77018-6400

City                    State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.177
☐ Schedule G, line _____

**3.78**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Name

3800 N. Shepherd Drive, Suite 3-A

Street

Houston                    TX              77018-6400

City                    State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.172
☐ Schedule G, line _____

**3.79**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Name

3800 N. Shepherd Drive, Suite 3-A

Street

Houston                    TX              77018-6400

City                    State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.170
☐ Schedule G, line _____

**3.80**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Name

3800 N. Shepherd Drive, Suite 3-A

Street

Houston                    TX              77018-6400

City                    State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.169
☐ Schedule G, line _____

**3.81**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Name

3800 N. Shepherd Drive, Suite 3-A

Street

Houston                    TX              77018-6400

City                    State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 2.4
☐ Schedule G, line _____

**3.82**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Name

3800 N. Shepherd Drive, Suite 3-A

Street

Houston                    TX              77018-6400

City                    State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.168
☐ Schedule G, line _____

**3.83**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Name

3800 N. Shepherd Drive, Suite 3-A

Street

Houston                    TX              77018-6400

City                    State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.167
☐ Schedule G, line _____

Debtor 1    Terry  Lee
First Name    Middle Name    Last Name

Case number (if known)_____

### Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.84**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX              77018-6400
City                        State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.165
☐ Schedule G, line _____

**3.85**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX              77018-6400
City                        State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.164
☐ Schedule G, line _____

**3.86**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX              77018-6400
City                        State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.162
☐ Schedule G, line _____

**3.87**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX              77018-6400
City                        State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.161
☐ Schedule G, line _____

**3.88**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX              77018-6400
City                        State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.160
☐ Schedule G, line _____

**3.89**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX              77018-6400
City                        State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.159
☐ Schedule G, line _____

**3.90**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX              77018-6400
City                        State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.157
☐ Schedule G, line _____

**3.91**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX              77018-6400
City                        State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.156
☐ Schedule G, line _____

Debtor 1    Terry  Lee
       First Name     Middle Name     Last Name                Case number *(if known)*_____

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.92**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston          TX         77018-6400
City         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.155
☐ Schedule G, line _____

**3.93**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston          TX         77018-6400
City         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.153
☐ Schedule G, line _____

**3.94**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston          TX         77018-6400
City         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.151
☐ Schedule G, line _____

**3.95**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston          TX         77018-6400
City         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.150
☐ Schedule G, line _____

**3.96**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston          TX         77018-6400
City         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.143
☐ Schedule G, line _____

**3.97**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston          TX         77018-6400
City         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.146
☐ Schedule G, line _____

**3.98**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston          TX         77018-6400
City         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.139
☐ Schedule G, line _____

**3.99**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston          TX         77018-6400
City         State        ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.138
☐ Schedule G, line _____

Debtor 1    Terry   Lee
       First Name      Middle Name      Last Name

Case number *(if known)*_____

### Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |

**3.100**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX            77018-6400
City                       State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.138
☐ Schedule G, line _____

**3.101**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX            77018-6400
City                       State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.137
☐ Schedule G, line _____

**3.102**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX            77018-6400
City                       State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.136
☐ Schedule G, line _____

**3.103**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX            77018-6400
City                       State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.135
☐ Schedule G, line _____

**3.104**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX            77018-6400
City                       State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.134
☐ Schedule G, line _____

**3.105**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX            77018-6400
City                       State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.133
☐ Schedule G, line _____

**3.106**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX            77018-6400
City                       State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.131
☐ Schedule G, line _____

**3.107**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX            77018-6400
City                       State         ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.129
☐ Schedule G, line _____

Debtor 1   Terry   Lee
          First Name   Middle Name   Last Name

Case number (*if known*)_____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.108**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX            77018-6400
City                    State        ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line 4.127
☐ Schedule G, line _____

**3.109**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX            77018-6400
City                    State        ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line 4.125
☐ Schedule G, line _____

**3.110**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX            77018-6400
City                    State        ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line 4.132
☐ Schedule G, line _____

**3.111**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX            77018-6400
City                    State        ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line 4.123
☐ Schedule G, line _____

**3.112**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX            77018-6400
City                    State        ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line 4.121
☐ Schedule G, line _____

**3.113**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX            77018-6400
City                    State        ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line 4.118
☐ Schedule G, line _____

**3.114**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX            77018-6400
City                    State        ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line 4.120
☐ Schedule G, line _____

**3.115**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX            77018-6400
City                    State        ZIP Code

☐ Schedule D, line _____
☒ Schedule E/F, line 4.113
☐ Schedule G, line _____

Debtor 1    Terry   Lee

First Name    Middle Name    Last Name      Case number *(if known)*_____

| | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.116**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston      TX      77018-6400
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.112
☐ Schedule G, line _____

**3.117**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston      TX      77018-6400
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.111
☐ Schedule G, line _____

**3.118**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston      TX      77018-6400
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.109
☐ Schedule G, line _____

**3.119**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston      TX      77018-6400
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.106
☐ Schedule G, line _____

**3.120**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston      TX      77018-6400
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.104
☐ Schedule G, line _____

**3.121**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston      TX      77018-6400
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.102
☐ Schedule G, line _____

**3.122**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston      TX      77018-6400
City      State      ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.123**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston      TX      77018-6400
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.98
☐ Schedule G, line _____

Debtor 1    Terry   Lee
First Name      Middle Name      Last Name

Case number (if known)_____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |

**3.124**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                            State                 ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.96
☐ Schedule G, line _____

**3.125**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                            State                 ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.95
☐ Schedule G, line _____

**3.126**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                            State                 ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.87
☐ Schedule G, line _____

**3.127**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                            State                 ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.85
☐ Schedule G, line _____

**3.128**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                            State                 ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.91
☐ Schedule G, line _____

**3.129**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                            State                 ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.88
☐ Schedule G, line _____

**3.130**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                            State                 ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.90
☐ Schedule G, line _____

**3.131**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                            State                 ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.89
☐ Schedule G, line _____

Debtor 1   Terry   Lee
<u>First Name      Middle Name      Last Name</u>

Case number (*if known*)_____

| | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |

**3.132**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX            77018-6400
City                        State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.84
☐ Schedule G, line _____

**3.133**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX            77018-6400
City                        State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.97
☐ Schedule G, line _____

**3.134**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX            77018-6400
City                        State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.82
☐ Schedule G, line _____

**3.135**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX            77018-6400
City                        State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.81
☐ Schedule G, line _____

**3.136**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX            77018-6400
City                        State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.79
☐ Schedule G, line _____

**3.137**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX            77018-6400
City                        State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.75
☐ Schedule G, line _____

**3.138**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                    TX            77018-6400
City                        State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.74
☐ Schedule G, line _____

**3.139**

Signature Smiles Humble, PLLC dba Signature Smiles Humble
Name

14315 E. Sam Houston Pkwy. N., Suite 100
Street

Houston                    TX            77044
City                        State          ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.70
☐ Schedule G, line _____

Debtor 1     Terry    Lee
            First Name      Middle Name      Last Name

Case number (if known)_____

## Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|

Check all schedules that apply:

**3.140**
Signature Smiles Surgical Center, LLC dba Alliance Surgical Center &
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                          TX                    77018-6400
City                          State                ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.70
☐ Schedule G, line _____

**3.141**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                          TX                    77018-6400
City                          State                ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.70
☐ Schedule G, line _____

**3.142**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                          TX                    77018-6400
City                          State                ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.58
☐ Schedule G, line _____

**3.143**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                          TX                    77018-6400
City                          State                ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.57
☐ Schedule G, line _____

**3.144**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                          TX                    77018-6400
City                          State                ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.56
☐ Schedule G, line _____

**3.145**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                          TX                    77018-6400
City                          State                ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.54
☐ Schedule G, line _____

**3.146**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                          TX                    77018-6400
City                          State                ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.53
☐ Schedule G, line _____

**3.147**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name

3800 N. Shepherd Drive, Suite 3-A
Street

Houston                          TX                    77018-6400
City                          State                ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.52
☐ Schedule G, line _____

Debtor 1   Terry  Lee

First Name   Middle Name   Last Name

Case number (if known)_____

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.148**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Name

3800 N. Shepherd Drive, Suite 3-A

Street

Houston                TX              77018-6400

City                State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.50
☐ Schedule G, line _____

**3.149**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Name

3800 N. Shepherd Drive, Suite 3-A

Street

Houston                TX              77018-6400

City                State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.49
☐ Schedule G, line _____

**3.150**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Name

3800 N. Shepherd Drive, Suite 3-A

Street

Houston                TX              77018-6400

City                State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.48
☐ Schedule G, line _____

**3.151**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Name

3800 N. Shepherd Drive, Suite 3-A

Street

Houston                TX              77018-6400

City                State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.47
☐ Schedule G, line _____

**3.152**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Name

3800 N. Shepherd Drive, Suite 3-A

Street

Houston                TX              77018-6400

City                State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.46
☐ Schedule G, line _____

**3.153**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Name

3800 N. Shepherd Drive, Suite 3-A

Street

Houston                TX              77018-6400

City                State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.60
☐ Schedule G, line _____

**3.154**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Name

3800 N. Shepherd Drive, Suite 3-A

Street

Houston                TX              77018-6400

City                State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.59
☐ Schedule G, line _____

**3.155**

Terry Lee DDS PLLC dba Signature Smiles Garden Oaks

Name

3800 N. Shepherd Drive, Suite 3-A

Street

Houston                TX              77018-6400

City                State              ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.45
☐ Schedule G, line _____

Debtor 1    Terry   Lee
_____          Case number (if known)_____
First Name      Middle Name      Last Name

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**3.156**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                        State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.44
☐ Schedule G, line _____

**3.157**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                        State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.43
☐ Schedule G, line _____

**3.158**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                        State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.42
☐ Schedule G, line _____

**3.159**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                        State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.38
☐ Schedule G, line _____

**3.160**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                        State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.37
☐ Schedule G, line _____

**3.161**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                        State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.36
☐ Schedule G, line _____

**3.162**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                        State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.35
☐ Schedule G, line _____

**3.163**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                        State            ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.115
☐ Schedule G, line _____

Debtor 1    Terry   Lee

First Name      Middle Name      Last Name

Case number (*if known*)_____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |

**3.164**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston      TX      77018-6400
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.28
☐ Schedule G, line _____

**3.165**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston      TX      77018-6400
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.29
☐ Schedule G, line _____

**3.166**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston      TX      77018-6400
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.24
☐ Schedule G, line _____

**3.167**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston      TX      77018-6400
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.22
☐ Schedule G, line _____

**3.168**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston      TX      77018-6400
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.17
☐ Schedule G, line _____

**3.169**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston      TX      77018-6400
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.18
☐ Schedule G, line _____

**3.170**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston      TX      77018-6400
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.171
☐ Schedule G, line _____

**3.171**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston      TX      77018-6400
City      State      ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line 4.11
☐ Schedule G, line _____

Debtor 1    Terry  Lee
_____
First Name    Middle Name    Last Name

Case number (if known)_____

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
| --- | --- |
| | Check all schedules that apply: |

**3.172**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                    State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.7__
☐ Schedule G, line _____

**3.173**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                    State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.6__
☐ Schedule G, line _____

**3.174**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                    State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.4__
☐ Schedule G, line _____

**3.175**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                    State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.3__
☐ Schedule G, line _____

**3.176**
Terry Lee DDS PLLC dba Signature Smiles Garden Oaks
Name
3800 N. Shepherd Drive, Suite 3-A
Street
Houston                    TX              77018-6400
City                    State           ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line __4.2__
☐ Schedule G, line _____

**3.__**
Name
Street
City                    State           ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.__**
Name
Street
City                    State           ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

**3.__**
Name
Street
City                    State           ZIP Code

☐ Schedule D, line _____
☐ Schedule E/F, line _____
☐ Schedule G, line _____

---

**Fill in this information to identify your case:**

Debtor 1    Terry   Lee

      First Name                 Middle Name             Last Name

Debtor 2

(Spouse, if filing)   First Name            Middle Name          Last Name

United States Bankruptcy Court for the:   Southern District of Texas

Case number    19-36871-H5-7

(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____

MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. | **Fill in your employment information.** | | |

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

**Employment status**

Debtor 1: ☑ Employed   ☐ Not employed

Debtor 2 or non-filing spouse: ☐ Employed   ☑ Not employed

**Occupation**    Dentist

**Employer's name**    Wellpath

**Employer's address**    98 W. County Road 204

     Number    Street

Pecos, TX 79772

City      State    ZIP Code

**How long employed there?**   2 months

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 10,833.33 | $_____ |
| 3. | **Estimate and list monthly overtime pay.** | + $ 0.00 | + $_____ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | $ 10,833.33 | $_____ |

Debtor 1    Terry     Lee

First Name      Middle Name      Last Name

Case number *(if known)*   19-36871-H5-7

| | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ............................................................➔ 4. | $ 10,833.33 | $ |

5. List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | $ 2,867.30 | $ |
| 5b. | Mandatory contributions for retirement plans | $ 0.00 | $ |
| 5c. | Voluntary contributions for retirement plans | $ 0.00 | $ |
| 5d. | Required repayments of retirement fund loans | $ 0.00 | $ |
| 5e. | Insurance | $ 0.00 | $ |
| 5f. | Domestic support obligations | $ 0.00 | $ |
| 5g. | Union dues | $ 0.00 | $ |
| 5h. | Other deductions. Specify: _____ | + $ | + $ |
| | _____ | $ | $ |
| | _____ | $ | $ |
| | _____ | $ | $ |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | $ 2,867.30 | $ |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | $ 7,966.03 | $ |

8. List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | $ 0.00 | $ 0.00 |
| 8e. | Social Security | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: _____ | + $ 0.00 | + $ 0.00 |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | $ 0.00 | $ 0.00 |

| | | For Debtor 1 | | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | $ 7,966.03 | + | $ 0.00 | = | $ 7,966.03 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives**.**

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____      11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12. $ 7,966.03

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

**Fill in this information to identify your case:**

Debtor 1   Terry  Lee
_____   _____   _____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   Southern District of Texas
                                                                (State)

Case number   19-36871-H5-7
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 3 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $_____0.00 |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | $_____1,000.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $_____0.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $_____200.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $_____0.00 |

Debtor 1    Terry  Lee
_____    Case number *(if known)*  19-36871-H5-7
First Name    Middle Name    Last Name

| | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans    5.    $_____0.00

6. **Utilities:**

   6a.    Electricity, heat, natural gas    6a.    $_____200.00

   6b.    Water, sewer, garbage collection    6b.    $_____200.00

   6c.    Telephone, cell phone, Internet, satellite, and cable services    6c.    $_____200.00

   6d.    Other. Specify: __Trash Pickup_____    6d.    $_____100.00

7. **Food and housekeeping supplies**    7.    $_____1,500.00

8. **Childcare and children's education costs**    8.    $_____1,500.00

9. **Clothing, laundry, and dry cleaning**    9.    $_____200.00

10. **Personal care products and services**    10.    $_____0.00

11. **Medical and dental expenses**    11.    $_____500.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12.    $_____0.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $_____200.00

14. **Charitable contributions and religious donations**    14.    $_____200.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.    Life insurance    15a.    $_____0.00

   15b.    Health insurance    15b.    $_____0.00

   15c.    Vehicle insurance    15c.    $_____200.00

   15d.    Other insurance. Specify:_____    15d.    $_____0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____    16.    $_____0.00

17. **Installment or lease payments:**

   17a.    Car payments for Vehicle 1    17a.    $_____0.00

   17b.    Car payments for Vehicle 2    17b.    $_____0.00

   17c.    Other. Specify:_____    17c.    $_____0.00

   17d.    Other. Specify:__Lease of Apartment from Reeves County, TX__    17d.    $_____1,000.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5, *Schedule I, Your Income* (Official Form 106I).**    18.    $_____0.00

19. **Other payments you make to support others who do not live with you.**
Specify:_____    19.    $_____0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

   20a.    Mortgages on other property    20a.    $_____0.00

   20b.    Real estate taxes    20b.    $_____0.00

   20c.    Property, homeowner's, or renter's insurance    20c.    $_____0.00

   20d.    Maintenance, repair, and upkeep expenses    20d.    $_____0.00

   20e.    Homeowner's association or condominium dues    20e.    $_____0.00

Debtor 1    Terry  Lee
            First Name    Middle Name    Last Name          Case number (if known)    19-36871-H5-7

21. **Other**. Specify: Fly to Work in Pecos, TX                       21.   +$                100.00

School Lunch Expenses                                                        +$                500.00

_____                            +$_____

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.                                          22a.  $              7,800.00

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a    22b.  $_____

and 22b. The result is your monthly expenses.                        22c.  $              7,800.00

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $              7,966.03

23b. Copy your monthly expenses from line 22c above.                 23b.  −$              7,800.00

23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*                             23c.  $                166.03

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.    Explain here:

**Fill in this information to identify your case:**

Debtor 1    Terry  Lee
First Name                Middle Name                Last Name

Debtor 2
(Spouse, if filing)    First Name                Middle Name                Last Name

United States Bankruptcy Court for the Southern District of Texas

Case number    19-36871-H5-7
(If known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ /s/ Terry  Lee                          ✗ _____
Signature of Debtor 1                          Signature of Debtor 2

Date 01/08/2020                          Date _____
MM/ DD / YYYY                          MM/ DD / YYYY

**Fill in this information to identify your case:**

Debtor 1      Terry  Lee
              _____
              First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name     Middle Name         Last Name

United States Bankruptcy Court for the: Southern District of Texas

Case number    19-36871-H5-7
(If known)     _____

☐ Check if this is an
  amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

   | Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
   |---|---|---|---|
   | | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
   | | From _____ | | From _____ |
   | Number    Street | To   _____ | Number    Street | To   _____ |
   | City          State  ZIP Code | | City          State  ZIP Code | |
   | | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
   | | From _____ | | From _____ |
   | Number    Street | To   _____ | Number    Street | To   _____ |
   | City          State  ZIP Code | | City          State    ZIP Code | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | Terry  Lee | | | Case number *(if known)* | 19-36871-H5-7 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<div style="background:black;color:white">**Part 2:**</div>   **Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**

   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.

   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For last calendar year:**<br>(January 1 to December 31, 2019 )<br>YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $61,144.15 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 )<br>YYYY | ☒ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 170,882.86 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $_____ |

5. **Did you receive any other income during this year or the two previous calendar years?**

   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☒ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For last calendar year:**<br>(January 1 to<br>December 31, _____ ) | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |
| **For the calendar year before that:**<br>(January 1 to<br>December 31, _____ ) | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ | _____<br>_____<br>_____ | $_____<br>$_____<br>$_____ |

Debtor 1   Terry  Lee
_____
First Name     Middle Name     Last Name

Case number (if known) 19-36871-H5-7
_____

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6.  Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

   ☑ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the  total amount you paid that creditor. Do not include payments for domestic support obligations, such as  child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   \* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No. Go to line 7.

   ☐ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| _____<br>Creditor's Name<br><br>_____<br>Number    Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | $_____ | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

| Debtor 1 | Terry  Lee | | | Case number (if known) | 19-36871-H5-7 |
| | First Name | Middle Name | Last Name | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number     Street | _____ | | | |
| | _____ | | | |
| City                    State    ZIP Code | | | | |
| Insider's Name | | $_____ | $_____ | |
| Number     Street | _____ | | | |
| | _____ | | | |
| City                    State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name | _____ | $_____ | $_____ | |
| Number     Street | _____ | | | |
| | _____ | | | |
| City                    State    ZIP Code | | | | |
| Insider's Name | | $_____ | $_____ | |
| Number     Street | _____ | | | |
| | _____ | | | |
| City                    State    ZIP Code | | | | |

Debtor 1    Terry  Lee
_____    Case number *(if known)* 19-36871-H5-7
First Name    Middle Name    Last Name

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title: U.S. Bank National Association dba U.S. Bank Equipment Finance vs. Signature Smiles Surgical Center, e tl | Lawsuit | 157th Judicial District Court <br> Court Name <br> 201 Caroline <br> Number   Street <br> Houston    TX    77002 <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number  2019-83977 | | | |
| Case title: In the Matter of the Marriage of Amanda Moon Lee and Terry, and in the Interest of Vivian Faith Lee, a Minor Child | Divorce | 257th Judicial District Court <br> Court Name <br> 201 Caroline <br> Number   Street <br> Houston    TX    77002 <br> City    State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number  2019-80630 | | | |

10.  **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes. Fill in the information below.

| Describe the property | Date | Value of the property |
|---|---|---|
| _____ <br> Creditor's Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City    State    ZIP Code | _____ | $ _____ |
| **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |

| Describe the property | Date | Value of the property |
|---|---|---|
| _____ <br> Creditor's Name <br><br> _____ <br> Number    Street <br><br> _____ <br> City    State    ZIP Code | _____ | $ _____ |
| **Explain what happened** <br> ☐ Property was repossessed. <br> ☐ Property was foreclosed. <br> ☐ Property was garnished. <br> ☐ Property was attached, seized, or levied. | | |

Debtor 1    Terry  Lee
_____          Case number *(if known)*  19-36871-H5-7
First Name    Middle Name    Last Name

---

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's Name | | | |
| _____<br>Number    Street | | _____ | $ _____ |
| _____<br>City    State    ZIP Code | | | |

Last 4 digits of account number: XXXX–

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $ _____ |
| _____<br>Number    Street | | _____ | $ _____ |
| _____<br>City    State    ZIP Code | | | |
| Person's relationship to you  _____ | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift | | _____ | $ _____ |
| _____<br>Number    Street | | _____ | $ _____ |
| _____<br>City    State    ZIP Code | | | |
| Person's relationship to you  _____ | | | |

Debtor 1    Terry  Lee
_____    Case number (if known) 19-36871-H5-7
First Name    Middle Name    Last Name

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____ Charity's Name  _____  _____ Number    Street  _____ City    State    ZIP Code | | _____  _____ | $_____  $_____ |

---

### Part 6:    List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss  Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | $_____ |

---

### Part 7:    List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Margaret M. McClure Person Who Was Paid  Attorney at Law Number    Street  909 Fannin, Suite 3810  Houston        TX    77010 City    State    ZIP Code  _____ Email or website address  _____ Person Who Made the Payment, if Not You | | 12/12/19  _____ | $ 10,000.00  $_____ |

Debtor 1    Terry  Lee
_____
First Name        Middle Name        Last Name

Case number (if known) 19-36871-H5-7
_____

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |
| Person Who Was Paid | | | |
| | | _____ | $_____ |
| Number    Street | | | |
| | | _____ | $_____ |
| | | | |
| City              State      ZIP Code | | | |
| | | | |
| Email or website address | | | |
| | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |
| Person Who Was Paid | | | |
| | | _____ | $_____ |
| Number    Street | | | |
| | | _____ | $_____ |
| | | | |
| City              State      ZIP Code | | | |

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| | | | |
| Person Who Received Transfer | | | |
| | | | _____ |
| Number    Street | | | |
| | | | |
| | | | |
| City              State      ZIP Code | | | |
| Person's relationship to you _____ | | | |
| | | | |
| Person Who Received Transfer | | | |
| | | | _____ |
| Number    Street | | | |
| | | | |
| | | | |
| City              State      ZIP Code | | | |
| Person's relationship to you _____ | | | |

Debtor 1    Terry  Lee
_____     Case number *(if known)* 19-36871-H5-7
First Name    Middle Name    Last Name

---

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☒ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust | | _____ |

---

**Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☒ No
☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Name of Financial Institution _____<br><br>_____<br>Number   Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| Name of Financial Institution _____<br><br>_____<br>Number   Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☒ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution _____<br><br>_____<br>Number   Street<br>_____<br>City    State    ZIP Code | Name _____<br><br>_____<br>Number   Street<br>_____<br>City    State    ZIP Code | | ☐ No<br>☐ Yes |

---

Debtor 1  Terry  Lee
        First Name    Middle Name    Last Name                Case number (*if known*)  19-36871-H5-7

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility | Name | | ☐ No ☐ Yes |
| Number    Street | Number    Street | | |
| City              State       ZIP Code | City State  ZIP Code | | |

---

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Debtor's Mother | | Fidelity Investments, account no. ...6274 (Funds belong to Debtor's Mother and he is holding for her benefit) | $ Unknown |
| Owner's Name | | | |
| Number    Street | Number    Street | | |
| City              State       ZIP Code | City              State       ZIP Code | | |

---

| Part 10: | Give Details About Environmental Information |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number    Street | Number    Street | | |
| City              State       ZIP Code | City              State       ZIP Code | | |

| Debtor 1 | Terry  Lee | | Case number *(if known)* | 19-36871-H5-7 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | _____ |
| Number   Street | Number   Street | | |
| City           State   ZIP Code | City           State   ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | Court Name | | ☐ Pending |
| | Number   Street | | ☐ On appeal |
| Case number | City           State   ZIP Code | | ☐ Concluded |

---

## Part 11:   Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Carebridge Digital, LLC | Consulting - Computer/Web | Do not include Social Security number or ITIN. |
| **Business Name** | | |
| 3800 N. Shepherd Drive | | EIN: _8_ _1_ – _2_ _9_ _2_ _4_ _2_ _9_ _9_ |
| **Number   Street** | | |
| | | **Dates business existed** |
| | Name of accountant or bookkeeper | |
| Houston          TX    77018-640( | Terry Lee | From   06/08/2016   To  _____ |
| **City           State   ZIP Code** | | |
| T-Rex Investments, LLC | Describe the nature of the business | Employer Identification number |
| **Business Name** | Real Estate Investment - Owns Property in California | Do not include Social Security number or ITIN. |
| 508 W. 30th Street | | EIN: _2_ _0_ – _4_ _1_ _9_ _8_ _7_ _3_ _1_ |
| **Number   Street** | | |
| | | **Dates business existed** |
| | Name of accountant or bookkeeper | |
| Houston          TX    77018 | Terry Lee | From   06/03/2010   To Current |
| **City           State   ZIP Code** | | |

Debtor 1   Terry  Lee

First Name        Middle Name        Last Name

Case number (if known) 19-36871-H5-7

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Texas Alliance Surgical Center, LLC dba | Dental Services | Do not include Social Security number or ITIN. |
| **Business Name** | | |
| 14315 E. Sam Houston Pkwy. N., Suite 1 | | EIN: _8_ _1_ – _1_ _0_ _8_ _5_ _6_ _3_ _2_ |
| **Number    Street** | | |
| | | **Dates business existed** |
| Houston          TX          77044 | **Name of accountant or bookkeeper** | |
| **City            State     ZIP Code** | Christina Cano | From 01/10/2016   To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| | |
| **Name** | MM / DD / YYYY |
| | |
| **Number    Street** | |
| | |
| **City          State     ZIP Code** | |

---

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✖ /s/ Terry  Lee                              ✖ _____

**Signature of Debtor 1**                    **Signature of Debtor 2**

Date 01/08/2020                              Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☐ No

☑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Debtor 1    Terry   Lee           19-36871-H5-7

First Name     Middle Name     Last Name          Case number *(if known)*_____

## Continuation Sheet for Official Form 107

**9) Lawsuits**

**Case Title: Dr. Kathy Nguyen vs. Terry Lee, et al**

**Case Number: 2019-04023**

**Court Name: 189 Judicial District Court**

**Court Address: 201 Caroline, Houston, TX 77002**

**Case Status: Pending**

**Nature of the case: Lawsuit**

**-------**

**27) Businesses**

**Business Name: Signature Smiles Surgical Center, LLC dba Alliance Surgical Center, dba Alliance Surgical Center Garden Oaks & Heights Dental Surgery Center**

**3800 N. Shepherd Drive, Suite 3-B**

**Houston, TX 77018-6400**

**Describe the Nature of the business: Dental Services**

**EIN: 47-2854929**

**Dates business existed: From: 11/20/2014 To:**

**---**

**Business Name: Signature Smiles Woodlands, PLLC dba Signature Smiles Woodlands**

**2400 FM1488, Suite 200**

**Conroe, TX 77384**

**Describe the Nature of the business: Dental Services**

**EIN: 47-3031968**

**Dates business existed: From: 12/21/2014 To:**

**---**

**Business Name: Signature Smiles Humble, PLLC dba Signature Smiles Humble**

**14315 E. Sam Houston Pkwy. N, Suite 100**

**Houston, TX 77044**

**Describe the Nature of the business: Dental Services**

**EIN: 81-0906873**

Debtor 1  Terry  Lee

First Name      Middle Name      Last Name

Case number *(if known)* ___19-36871-H5-7___

## Continuation Sheet for Official Form 107

**Dates business existed: From: 12/18/2015 To:**

**---**

**Business Name: Terry Lee DDS PLLC dba Signature Smiles Garden Oaks**

**3800 N. Shepherd Drive, Suite 3-A**

**Houston, TX 77018-6400**

**Describe the Nature of the business: Dental Services**

**EIN: 26-2893452**

**Dates business existed: From: 06/26/2008 To:**

**---**

**Business Name: Signature Smiles Katy, PLLC**

**3800 N. Shepherd Drive, Suite 3-A**

**Houston, TX 77018-6400**

**Describe the Nature of the business: Dental Services**

**EIN: 20-6225591**

**Dates business existed: From: 12/08/2016 To:**

**---**

**Business Name: Texas Alliance Surgical Center Katy, LLC**

**3800 N. Shepherd Drive, Suite 3-A**

**Houston, TX 77018-6400**

**Describe the Nature of the business: Dental Services**

**EIN: 20-6227982**

**Dates business existed: From: 12/12/2016 To:**

**---**

**Fill in this information to identify your case:**

Debtor 1 ___Terry  Lee_____
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the Southern District of Texas

Case number ___19-36871-H5-7_____
(if known)

☐ Check if this is an
amended filing

## Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- **creditors have claims secured by your property, or**
- **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List Your Creditors Who Have Secured Claims** |

1. **For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br><br>— Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |
| Creditor's name:<br><br>Description of property securing debt: | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: _____ | ☐ No<br>☐ Yes |

Debtor _____Terry Lee_____     Case number *(If known)* __19-36871-H5-7_____

---

**Part 2:**    **List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Reeves County Detention Center<br>Description of leased property: Lease of Apartment to Debtor/ | ☐ No<br>☑ Yes |
| Lessor's name:<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased property: | ☐ No<br>☐ Yes |

---

**Part 3:**    **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

✖ /s/ Terry Lee _____     ✖ _____
Signature of Debtor 1     Signature of Debtor 2

Date __01/08/2020__     Date _____
   MM / DD / YYYY        MM / DD / YYYY

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

**In re**          **TERRY LEE**

Case No.  __19-36871-H5-7____

**Debtor**                                                   Chapter **7**_____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . (Retainer). . . $__10,000.00____

Prior to the filing of this statement I have received . . . . . . . . . . . . (Retainer). . . $__10,000.00____

Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $__Unknown____

2.   The source of the compensation paid to me was:

☒ Debtor          ☐ Other (specify)

3.   The source of compensation to be paid to me is:

☐ Debtor          ☐ Other (specify)

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d. ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~

    e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Representing Debtor(s) in any adversary proceeding, contested bankruptcy matter or post-discharge bankruptcy matter.**

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**January 8, 2019**       **/s/Margaret M. McClure**
*Date*                                *Signature of Attorney*

                                      **Law Office of Margaret M. McClure**
                                         *Name of law firm*

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:   Liquidation

|   | | |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12:  Repayment plan for family farmers or fishermen

|   |       |                    |
|---|-------|--------------------|
|   | $200  | filing fee         |
| + | $75   | administrative fee |
|   | $275  | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13:  Repayment plan for individuals with regular income

|   |       |                    |
|---|-------|--------------------|
|   | $235  | filing fee         |
| + | $75   | administrative fee |
|   | $310  | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

<div style="border:1px solid black; padding:10px;">

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

3M Unitek
3724 South Peck Road
Monrovia, CA 91016

ADA Members Insurance
Great West Financial
P.O. Box 710890
Denver, CO 80271

ADP, LLC
P.O. Box 842875
Boston, MA 02284

Alert 360
P.O. BOX 21031
Tulsa, OK 74121

Align Technology, Inc
P.O. Box 742531
Los Angeles, CA 90074

Amanda Moon Lee
c/o Phillip G. Ghutzman
440 Louisiana Street, Suite 1500
Houston, TX 77002

American Association of Dental Ofc. Mgt.
125 Half Mile Road, Suite 200
Red Bank, NJ 07701

American Express
P.O. Box 650448
Dallas, TX 75265

American Orthodontics Corporation*
P.O. Box 109
Milwaukee, WI 53278

Annavy Nguyen
511 Allston Street, #1313
Houston, TX 77007

AppRiver
P.O. Box 3547
Houston, TX 77253

Araceli Lopez
15218 La Mancha Drive
Houston, TX 77083

Barrett Margin
24719 Royal Pike Drive
Katy, TX 77493

BeaconMedaes
P.O. Box 123234, Dept. 3234
Dallas, TX 75312

Blue Cross Blue Shield of Texas
P.O. Box 731428
Dallas, TX 75373

Brasseler USA
One Brasseler Boulevard
Savannah, GA 31419

Brian P. Stanworth, D.D.S.
102 Deer Crossing Court
Conroe, TX 77384

CMV Fresh Solutions, Inc.
4915 Steffani Lane
Houston, TX 77041-7817

Capital One
P.O. Box 60599
City Of Industry, CA 91716

Cardinal Health
c/o Bank of America Lockbox
5303 Collections Center Drive
Chicago, IL 60693

Care Credit
c/o Kenya Leal
P.O. Box 960061
Orlando, FL 32896-0061

Care Credit
P.O. Box 965033
Orlando, FL 32896

Care Credit
P.O. Box 960013
Orlandon, FL 32896

Carebridge Digital, LLC
3800 N. Shepherd Drive
Houston, TX 77018

Carestream Dental, LLC
3625 Cumberland Blvd., Suite 700
Atlanta, GA 30339

Compounding Shop Pharmacy
11845 Wilcrest Drive
Houston, TX 77031

CenterPoint Energy
P.O. Box 4981
Houston, TX 77210

Coverall
2955 Momentum Place
Chicago, IL 60689

Centric Technology Services
8419-B Louetta Road
Spring, TX 77379

Data Shredding Services
615 West 38th Street
Houston, TX 77018

Chase
P.O. Box 78039
Phoenix, AZ 85062-8039

De Lage Landen Financial Services, Inc.
P.O. Box 14535
Des Moines, IA 50306

Christopher Allison
1300 E James Street, Apt. 1
Baytown, TX 77520

Dell Financial Services
P.O. Box 5275
Carol Stream, IL 60197

Cigna Accent
P.O. Box 952366
Saint Louis, MO 63195-2366

Delta Dental of New Jersey, Inc.
1639 Route 10
Parsippany, NJ 07054

Cigna Accent
P. O. Box 188012
Chattanooga, TN 37422

Denovo Dental
P.O. Box 548
5130 Commerce Drive
Baldwin Park, CA 91706

City of Houston
P.O. Box 203887
Houston, TX 77216

Dental Accounts at Ease
4195 S Grand Canyon Drive, Suite 106
Las Vegas, NV 89147

Claims Recovery
231 East Avenue
Albion, NY 14411

Dental Assistance
7500 San Felipe Street, Suite. 600
Houston, TX 77063

Comcast
P.O. Box 3002
Southeastern, PA 19398

Dental Compliance Specialists
235 NE Loop 820, Suite 203
Hurst, TX 76053

Comcast Business
9602 S 300 W. Suite B
Sandy, UT 84070

Dental Health Products, Inc.
P.O. Box 8465
Carol Stream, IL 60197

Compliance Assurance
682 Orvil Smith Road
Harvest, AL 35749

Dental Systems, Inc.
P.O. Box 7331
Baytown, TX 77522

Dentsply Implants
P.O. Box 536935
Atlanta, GA 30353

Direct Energy Business
P.O. Box 660749
Dallas, TX 75266

Dr. Brian Stanworth/Brian Stanworth, DDS, PLL
c/o Sean B. Davis
600 Travis Street, Suite 5200
Houston, TX 77002

Dr. Dan V. Nguyen
4507 Holt Street
Bellaire, TX 77401

Dr. Darius Smith
1710 W TC Jester Blvd., Apt. 1304
Houston, TX 77008

Dr. David Cho
2300 McCue Road, Apt. 230
Houston, TX 77056

Dr. Derek Liang
5716 Bellaire Blvd., Suite B
Houston, TX 77081

Dr. Gary Gardner
2613 Cartington Court
College Station, TX 77845

Dr. Gregory Poindexter/
Herodontics Pediatric Dentistry, PLLC
2736 Miranda Drive
Murfreesboro, TN 37128

Dr. Josh Lee
P.O. Box 6983
Houston, TX 77265

Dr. Katelynn Le
6917 Juliette Springs Lane
Sugar Land, TX 77479

Dr. Kathy & Dan Nguyen/Centra1Dental, P.A.
c/o David Tang
6711 Stella Link, #343
West University Place, TX 77005

Dr. Kevin Yeh
c/o Joan Kehlof
720 N Post Oak Road, Suite 610
Houston, TX 77024

Dr. Mandy Wilkinson
12306 Lanny Lane
Houston, TX 77077

Dr. Scott Howell
2840 King's Retreat Circle
Humble, TX 77345

Enlive Dental (Macco Systems)
23276 S Pointe Drive, #101
Laguna Hills, CA 92653

Entergy Texas, Inc.
P.O. Box 8104
Baton Rouge, LA 70891

Felicia Starr
10134 Rockaway Drive
Houston, TX 77016

Fidelis Realty Partners
4500 Bissonnet Street, Suite 200
Bellaire, TX 77401

Fidelity Investments
P.O. Box 770001
Cincinnati, OH 45277

First Defense Fire & Safety
P.O. BOX 667189
Houston, TX 77266

Five Star Orthodontic
P.O. Box 888
2928 Metro Street, Suite 102
Denton, TX 76207

GRB Dental
918 Willow Street
Pasadena, TX 77506

Generators of Houston
6106 Milwee Street
Houston, TX 77092

Genesis Ortho Laboratory
16044 South Skyview Court
Forney, TX 75126

Genesis Ortho Laboratory
3400 Trent Road, Suite E
New Bern, NC 28562

Glidewell Laboratories
4141 MacArthur Blvd.
Newport Beach, CA 92660

Glidewell Laboratories
4142 MacArthur Blvd.
Newport Beach, CA 92661

Glidewell Laboratories
4143 MacArthur Blvd.
Newport Beach, CA 92662

Glidewell Laboratories
4144 MacArthur Blvd.
Newport Beach, CA 92663

Glidewell Laboratories
4146 MacArthur Blvd.
Newport Beach, CA 92665

Glidewell Laboratories
4147 MacArthur Blvd.
Newport Beach, CA 92666

GoSharps, LLC
3044 Old Denton Road
Carrollton, TX 75007

Grace Medical Gas and Equipment
19102 Mockingbird Valley Drive
Katy, TX 77449

Gray Reed & Mcgraw
1300 Post Oak Blvd., Suite 2000
Houston, TX 77056

Guardian
10 Hudson Yards
New York, NY 10001

Guardian
P.O. Box 981572
El Paso, TX 79998-1572

Harper Lawrence Financial, LLC
5407 Harbor Mist
Baytown, TX 77521

Harris County, et al
c/o Mr. John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

Harris County, et al
c/o Tax Assessor-Collector
P.O. Box 4622
Houston, TX 77210-4622

Harris County, et al
P.O. Box 3547
Houston, TX 77253-3547

Hartman Income REIT Operating Partnership, LP
dba Garden Oaks Shopping Center
2909 Hillcroft, Suite 420
Houston, TX 77057

Hartman Management
7211 Regency Square Blvd., Suite 223
Houston, TX 77036

Hartman SPE, LLC
7211 Regency Square Blvd., Suite 223
Houston, TX 77036

Hartman SPE, LLC
2975 Regent Blvd., Suite 100
Irving, TX 75063

Hartman SPE, LLC
P.O. Box 207743
Dallas, TX 75320-7743

HealthFirst
Dept. CH 14330
Palatine, IL 60055

Henry Schein
8781 West Road, Suite 140
Houston, TX 77064

Highland Capital Corporation
5 Center Avenue
Little Falls, NJ 07424

Hiossen, Inc
270 Sylvan Ave., Suite 1130
Englewood Cliffs, NJ 07632

Holly Palmer/Harper Lawrence Financial LLC
5407 Harbor Mist
Baytown, TX 77521

Humana
P.O. Box 3226
Milwaukee, WI 53201

Humana Healthcare Plans
P.O. Box 3226
Milwaukee, WI 53201

Inpro
P.O. Box 720
Muskego, WI 53150

JPMorgan Chase Bank, N.A.
c/o Bruce J. Ruzinsky
1401 McKinney Street, Suite 1900
Houston, TX 77010

JPMorgan Chase Bank, N.A.
P.O. Box 78039
Phoenix, AZ 85062.8039

Jonathan Herrera/Rebecca Longoria
9927 Myrtle Field Lane
Houston, TX 77044

Juan Covarrubias/Maria Covarrubias
9310 Mill View Lane
Humble, TX 77396

K&L Gates, LLP
1000 Main St., Suite 2550
HOUSTON, TX 77002

K&L Gates, LLP
P.O. Box 844288
Boston, MA 02284

K&L Gates, LLP
1717 Main Street, Suite 2800
Houston, TX 77017

Kettenbach, LP
62-64 Enter Lane
Islandia, NY 11749

Kimberlee Presson
4714 Applewood Crest Lane
Rosharon, TX 77583

Lincoln Financial Group
1330 Post Oak Blvd., # 2800
Houston, TX 77056

Lincoln Financial Group
150 N. Radnor-Chester Road
Wayne, PA 19087

Lonestar Radiation Services
22011 Avonglen Lane
Spring, TX 77389

Lyon Collection Services, Inc.
370 7th Avenue
New York, NY 10001

MIR Enterprises
13923 Schmidt Road
Cypress, TX 77429

Marcel Commons of the Woodlands, LLC
14815 Old Conroe Road
Conroe, TX 77384

Marcel Commons of the Woodlands, LLC
c/o The Marcel Group
P.O. Box 9556
Spring, TX 77387

Mayclin Dental Studio, Inc./
KinderKrowns
7505 Hwy. 7, Suite 100
St. Louis Park, MN 55426

McKesson Medical-Surgical
9954 Mayland Drive, Suite 4000
Richmond, VA 23233

Medline Industries
P.O. Box 121080, Dept. 1080
Dallas, TX 75312

Memorial Hermann
P.O. Box 4370
Houston, TX 77210-4370

Metropolitan Life Insurance
P.O. Box 981282
El Paso, TX 79998

Michael Paik
3800 N Shepherd Drive
Houston, TX 77018

Mike's Superior Dental Lab
25407 Stanolind Road
Tomball, TX 77375

National Crime Search, Inc.
3452 E Joyce Blvd.
Fayetteville, AR 72703

Nobel Biocare USA, LLC
33201 Collection Center Drive
Chicago, IL 60693

Office Systems Of Texas
P.O. Box 660831
Dallas, TX 75266

Open Dental Software
3275 Marietta Street SE
Salem, OR 97317

Ortho Arch
P.O. Box 95676
Hoffman Estates, IL 60195

Osteogenics Biomedical, Inc.
4620 71st Street, Building 78
Lubbock, TX 79424

Over Bytes
565 South Mason Road,  #190
Katy, TX 77450

P&G Distributing, LLC
24808 Network Place
Chicago, IL 60673

P&G Oral Health
24808 Network Place
Chicago, IL 60673

Patrick Palmer
910 Paradise Road
Baytown, TX 77521

Patterson Dental Supply, Inc.
28244 Network Place
Chicago, IL 60673

Pawnee Leasing Corporation
3801 Automation Way, Suite 207
Fort Collins, CO 80525

Pharmacy Advisors, Inc.
P.O. Box 2745
Bellaire, TX 77402

Philips
P.O. Box 847632
Dallas, TX 75284

Pitney Bowes
P.O. Box 371874
Pittsburgh, PA 15250

Provider Privileging, LLC
11500 Northwest Fwy., Suite 200,O
Houston, TX 77092

Ready Refresh
P.O. Box 856680
Louisville, KY 40285

Renaissance Systems and Services, LLC
P.O. Box 67000, Dept. 277501
Detroit, MI 48267

Sedadent Anesthesia Group
3401 Royal Vista Blvd., Suite A100
Round Rock, TX 78681

Sedation Resource
P.O. Box 250
Lone Oak, TX 75453

Signature Smiles Humble, PLLC dba Signature S
14315 E. Sam Houston Pkwy. N., Suite 100
Houston, TX 77044

Signature Smiles Surgical Center, LLC dba All
3800 N. Shepherd Drive, Suite 3-B
Houston, TX 77018-6400

Signature Smiles Surgical Center, LLC dba All
3800 N. Shepherd Drive, Suite 3-A
Houston, TX 77018-6400

Signature Smiles Woodlands, PLLC dba Signatur
2400 FM1488, Suite 200
Conroe, TX 77384

Smile Makers
P.O. Box 2543
Spartanburg, SC 29304

Specialty Appliances
4905 Hammond Industrial Drive
Cumming, GA 30041

State Farm
P.O. Box 190128
Birmingham, AL 35319

Stern Empire Houston
P.O. Box 776229
Chicago, IL 60677

Steve's Handpiece Repair
3007 Woodland Hills Drive, #136
Humble, TX 77339

Straumann USA, LLC
P.O. Box 414029
Boston, MA 02241

TeamViewer/GMBH
P.O. Box 743135
Atlanta, GA 30374

Tempie Crawford
319 American Black Bear Drive
Crosby, TX 77532

Terry Lee DDS PLLC dba Signature Smiles Garde
3800 N. Shepherd Drive, Suite 3-A
Houston, TX 77018-6400

Texas Alliance Surgical Center, LLC dba Allia
14315 E. Sam Houston Pkwy. N., Suite 100
Houston, TX 77044

Texas Department of State Health Services
P.O. box 12190
Austin, TX 78711

Texas Medical Recovery
4830 Wilson Road, Suite 300, PMB 192
Humble, TX 77396

Texas Workforce Commission
c/o Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Texas Workforce Commission
P.O. Box 149037
Austin, TX 78714-9037

The Hartford
P.O. Box 660916
Dallas, TX 75266

The Retainer Factory
2545 Jackson Keller Road
San Antonio, TX 78230

Trinity Legal Discovery
945 McKinney, Suite 388
Houston, TX 77002

Trinity Legal Discovery
815 Walker Street, Suite 353
Houston, TX 77002

U.A. Plumbers
468 Link Road
P.O. Box 8726
Houston, TX 77009

U.S. Bank N.A./U.S. Bank Equipment Finance
c/o Joni M. Fraser
6213 Skyline Drive, Suite 2100
Houston, TX 77057

US-Yellow Pages
P.O. Box 40506
Jacksonville, FL 32203

Ultimate Biomedical Solutions
6315 FM 1488 Road, Suite B
Magnolia, TX 77354

UltraDent Products, Inc.
P.O. Box 952648
St. Louis, MO 63195

UnitedHealthcare
P.O. Box 94017
Palatine, IL 60094

UnitedHealthcare
185 Asylum Street - 03B
Hartford, CT 06103

UnitedHealthcare Insurance Company
P.O. Box 30607
Salt Lake City, UT 84130-0607

Vincent Lee
4726 Lakeside Meadows Drive
Missouri City, TX 77459

Vitality Dental Arts
462 N. McLean Blvd.
Elgin, IL 60123

Weave Communications
2000 W Ashton Blvd., Suite 100
Lehi, UT 84043

Web Host Agents
228 Park Ave. S, #49828
New York, NY 10003

Worldwide Business Services
6433 Topanga Canyon Blvd., #603
Conga Park, CA 91303

Xoom Energy
P.O. Box 650411
Dallas, TX 75265

United States Bankruptcy Court

Southern District of Texas

In re:  Terry  Lee

Case No.  19-36871-H5-7

Chapter  7

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____01/08/2020_____

/s/ Terry  Lee
_____
Signature of Debtor

_____
Signature of Joint Debtor